

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

GMA ACCESSORIES, INC.

                Plaintiff,                     <u>RULE 7.1 STATEMENT</u>

                                              Civil Action No.:

     - against -

EPARTNERS, INC.

                  Defendants.

------------------------------------------------X

Pursuant to Local Civil Rule 7.1, to evaluate possible disqualification or recusal, the undersigned counsel for GMA ACCESSORIES, INC. (a private non-govermental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

None.

DATE: New York, New York
       September 27, 2007

_____
ANDREW T. SWEENEY