KAPLAN/ST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,                   **STIPULATION**

                                          Civil Action No.: 07 CV 8414 (LAK)

- against -

EPARTNERS, INC.

                Defendants.
------------------------------------------------------------X

     It is hereby stipulated and agreed that defendant ePartners, Inc. through their attorneys Hermes Sargent Bates, LLP were served with the Summons and Complaint dated September 27, 2007 with Exhibits on October 1, 2007.

     The parties to this Stipulation agree that its execution shall not be deemed to constitute an appearance before the Court by Defendant or on its behalf.


THE BOSTANY LAW FIRM

_____
ANDREW T. SWEENEY
ATTORNEYS FOR GMA ACCESSORIES
40 Wall St., 61st Floor
New York, NY 10005
Telephone: (212) 530-4400

HERMES SARGENT BATES, LLP

_____
ANTHONY LOWENBERG
ATTORNEY FOR EPARTNERS
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 749-6564

619195
0356/00041

SO ORDERED:

_____
U.S.D.J.

10/11/07