06/10/2005 FRI 12:33 FAX                                                      ☒020/027



# MASTER SERVICES AGREEMENT

This Master Services Agreement ("*Agreement*") dated this 8th day of June, 2005 (the "*Effective Date*"), is between ePartners Incorporated, a Texas Corporation, having its principal offices at 1304 W. Walnut Hill Ln., Suite 300, Irving, TX 75038 ("*ePartners*" or "*ePartners, Inc.*"), and GMA Accessories, Inc., a New York corporation, with offices located at 245 Secaucus Road, Secaucus, NJ 07094 ("*Customer*"). ePartners and Customer agree as follows:

## 1.0 SERVICES.

**1.1 Scope.** ePartners will provide the consulting services to Customer subject to specific terms and conditions set forth below and as mutually agreed upon from time to time by ePartners and Customer in written service orders and as mutually agreed upon from time to time between Customer and ePartners (each, a "*Service Order*") (services described herein or in each Service Order are collectively referred to as the "*Services*").

**1.2 Service Order Authorization and Modification.** The Service Order(s) are to be signed on behalf of the Customer exclusively by those named hereunder or by parties as duly authorized by Customer. Any deviation from or modification to a Service Order must be agreed to by the parties in writing. In the event of any express conflict or inconsistency between the provisions of a Service Order and the provisions of this Agreement, the provisions of the Service Order will govern and control with respect to the interpretation of that Service Order; provided, however, that the provisions of the Service Order will be so construed as to give effect to the applicable provisions of this Agreement to the fullest extent possible.

## 2.0 NON-ePartners PERSONNEL.

**2.1** If non-ePartners consultants are engaged by Customer to perform services in connection with or related to the Services, ePartners will be notified immediately, and ePartners shall not be liable for any damages, claims or costs due to any services done directly or indirectly by non-ePartners consultants.

## 3.0 FEES AND BILLING.

**3.1 Charges for Services.** Customer will pay to ePartners the charges for fees and expenses incurred as a result of performing Services described in this Agreement or a specific Service Order made part of this Agreement. Services will be provided at ePartners then current standard billing rates or as specified in a Service Order. Such rates may be subject to periodic adjustment by ePartners upon notice to Customer.

**3.2 After Hours and Holiday Rates.** Work after 6 PM on a normal workday (Monday through Friday, excluding holidays) will be billed at one and one-half of the rates detailed in the Service Order(s). Work on weekends and holidays will be billed at two times the rates detailed in the Service Order(s).

**3.3 Not A Fixed Fee Contract.** Unless expressly set forth in a Service Order, charges for Services are based upon hourly billing rates and are not fixed fees.

**3.4 Travel Time.** Travel time for ePartners personnel will be billed for one way travel from that personnel's "home office" at the normal rate for such consultant. Home Office is defined as the office in the town in which the assigned ePartners personnel reside. A minimum of two hours of consulting time will be billed for each onsite visit by each ePartners personnel.

**3.5 Out-of-Pocket, General and Administrative Expenses.** Customer will also pay ePartners as charges any reasonable out-of-pocket expenses incurred by ePartners in the course of providing Services to Customer. Furthermore, in the course of providing Services, ePartners does not itemize certain incidental costs associated with Customer's engagement, including without limitation, photocopy expenses, mailing costs, cellular charges, and other communication charges. (collectively referred to as, "General and Administrative"). These costs are assessed on each invoice in a 1.75% charge against gross professional service fees.

**3.6 Payment.** Unless otherwise expressly provided in a Service Order with respect to the charges to be paid thereunder, ePartners will invoice Customer for charges on a weekly basis in arrears, with each invoice setting forth the

ePartners Inc., Master Services Agreement (5.4)

This document and its contents are the confidential property of ePartners, Inc. Any reproduction without prior consent of ePartners is strictly prohibited



06/10/2005 FRI 12:33 FAX                                                    ☒021/027

charges related to the previous week. Any amount due to ePartners under this Agreement and each Service Order shall be payable in full upon receipt of an invoice therefore, without withholding, deduction or offset of any amounts for any purpose. Customer shall be responsible for all taxes (including sales taxes) imposed as a result of the Services, excluding only taxes based on the net income of ePartners. Any amount not paid within thirty (30) days of the date of each invoice shall be subject to an interest charge equal to the lesser of 1.5% monthly or the maximum interest charge permissible under applicable law, payable on demand. Any charges not disputed by Customer in good faith within thirty (30) days of the receipt of an invoice therefore will be deemed approved and accepted by Customer.

**3.7 Suspension of Services for Non-Payment.** In addition to other remedies available to ePartners regarding non-payment of due invoices, ePartners may immediately cease providing Services under any duly executed Service Order and enter into good faith discussions with Customer to resolve issues or disputes regarding the non-payment of invoices outstanding, due and payable to ePartners. In the event that such discussions do not lead to a mutually agreeable resolution, ePartners shall have the right to immediately terminate this Agreement and/or any Service Order(s) hereunder and to recover for all Services performed and/or products delivered prior to the date of such termination.

**3.8 Retainer.** ePartners may require a retainer for Services to be provided by ePartners pursuant to any particular Service Order. The retainer, if required, is due and payable to ePartners upon execution of the applicable Service Order. Any unused portion of the retainer will be refunded to Customer at the completion of Services.

## 4.0 RESPONSIBILITY FOR THIRD PARTIES.

**4.1** Customer acknowledges and agrees that ePartners is not responsible for the software, hardware, products and services of other parties. ePartners will, however, work with Customer on a hourly rate basis to attempt to resolve any problems caused by incompatibilities or failures of other parties' products or services. This includes, but is not limited to, any of ePartners

time required to research, test, evaluate, restore corrupted or erroneous data, or consult with outside technical support resources for problems caused by programming limitations or errors in software. Likewise, ePartners will bill for any time spent helping Customer troubleshoot or repair computer hardware or accessories regardless if the hardware is existing at the time of this Agreement or purchased after the date of the Agreement.

## 5.0 WARRANTIES

**5.1 General.** ePartners and Customer each represent and warrant that as of the Effective Date: (a) it is a corporation duly organized and validly existing and in good standing under the laws of its jurisdiction of formation and has the authority to carry on its business as now conducted; (b) it has the power, authority and legal rights to execute, deliver and perform its obligations under this Agreement; and (c) the execution, delivery and performance of its obligations under this Agreement and the transactions contemplated hereby have been duly authorized by all necessary corporate action.

**5.2 ePartners' Warranty.** ePartners warrants to Customer that its personnel shall perform the Services in a good and workmanlike manner and in accordance with the specifications as expressly detailed in the applicable Service Order. In the event of a breach of the foregoing warranty, ePartners sole obligation and Customer's exclusive remedy will be to have ePartners perform again the Services in respect of which the warranty has been breached to bring them into compliance with such warranty. Any claim for breach of the foregoing warranty must be made by notice to ePartners within two weeks of completion of the Services in respect of which the claim is made or said claim shall be deemed waived.

**5.3 Customer's Warranties.** Customer represents and warrants that the information furnished by Customer to ePartners on which ePartners based the description of the Services and the charges to be paid by Customer therefore, as set forth in each Service Order, is accurate and complete in all material respects to the best of its knowledge.

## 6.0 WARRANTY DISCLAIMER

ePartners, Inc., Master Services Agreement                    Page 2 of 8
* * * * *
This document and its contents are the confidential property of ePartners, Inc. Any reproduction without prior consent of ePartners is strictly prohibited

1. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN THIS AGREEMENT, EPARTNERS MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, REGARDING ANY MATTER, INCLUDING, WITHOUT LIMITATION, THE MERCHANTABILITY, SUITABILITY, ORIGINALITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, OR RESULTS TO BE DERIVED FROM THE USE OF, ANY SERVICE, SOFTWARE, OR OTHER MATERIALS PROVIDED UNDER ANY SERVICE ORDER. EPARTNERS DOES NOT REPRESENT OR WARRANT THAT THE OPERATION OF ANY SOFTWARE WILL BE UNINTERRUPTED OR ERROR-FREE. CUSTOMER ACKNOWLEDGES THAT IT IS A SOPHISTICATED PARTY TO THIS AGREEMENT AND RECOGNIZES AND AGREES THAT THIS PROVISION IS AN INTEGRAL PART OF EPARTNERS' PRICING AND AN IMPORTANT FACTOR IN ITS WILLINGNESS TO PERFORM SERVICES HEREUNDER.

## 7.0 INDEMNITIES AND LIMITATION OF LIABILITY

**7.1 Infringement Claims.** Subject to the limitations set forth in Section 7.3, ePartners and Customer each agree to indemnify, defend and hold the other harmless against any action to the extent that such action is based upon a claim that the software (other than, with respect to ePartners, third-party software provided by ePartners) or Confidential Information provided by the indemnitor, or any part thereof, infringes upon the intellectual property rights of any third party.

**7.2 Third Party Indemnification of ePartners.** Customer acknowledges that by entering into and performing its obligations under this Agreement and each Service Order, ePartners will not assume and should not be exposed to the business and operational risks associated with Customer's business, and Customer therefore agrees, subject to Section 7.3, to indemnify, defend and hold ePartners harmless from any and all third party claims, actions, damages, liabilities, costs and expenses (including attorneys' fees and expenses) arising out of or related to the conduct of Customer's business, including, without limitation, the use by Customer of the Services.

**7.3 Procedures.** All indemnification obligations under this Section 7.0 shall be subject to the following requirements: (a) the indemnified party shall provide the indemnifying party with prompt written notice of any claim; (b) the indemnified party shall permit the indemnifying party to assume and control the defense of any action upon the indemnifying party's written acknowledgment of the obligation to indemnify (unless, in the opinion of counsel of the indemnified party, such assumption would result in a material conflict of interest); and (c) the indemnifying party shall not enter into any settlement or compromise of any claim without the indemnified party's prior written consent, which shall not be unreasonably withheld. In addition, the indemnified party may, at its own expense, participate in its defense of any claim. In the event that the indemnifying party assumes the defense of any such claim, the indemnifying party shall have no liability for attorney's fees and costs incurred by the indemnified party.

**7.4 Liability.** Neither party shall be liable to the other for any incidental, indirect, exemplary, special or consequential damages, under any circumstances, including, but not limited to, lost profits, revenues, or savings, or the loss or use of any data, even if that party had been advised of, knew, or should have known, of the possibility thereof. Under no circumstances shall ePartners' aggregate cumulative liability hereunder, whether in contract, tort (including, without limitation, negligence), or otherwise, exceed the total amount of fees actually paid to ePartners under the Service Order from which the claim arises. Furthermore, under no circumstances shall Customer's aggregate cumulative liability hereunder, whether in contract, tort (including, without limitation, negligence), or otherwise, exceed the total amount of fees actually paid or payable to ePartners under the Service Order from which the claim arises. Customer acknowledges that the fees paid by it reflect the allocation of risk set forth in this Agreement and that ePartners would not enter into this Agreement without these limitations on liability. Notwithstanding the foregoing, the limitation provisions of this Section 7.4 shall not apply to any claim or action arising under the confidentiality provisions or indemnification provisions of this Agreement.

## 8.0 TERM AND TERMINATION

* * * * *

This document and its contents are the confidential property of ePartners, Inc. Any reproduction without prior consent of ePartners is strictly prohibited



8.1 **Term.** This Agreement shall be effective as of the Effective Date, as detailed in the preamble of this Agreement and thereafter shall remain in effect until the Services specified in any applicable Service Order have been completed. This Agreement shall not be renewed or extended except by another Service Order stating that the Services to be completed thereunder and signed by Customer and accepted by ePartners. Issuance and acceptance of such Service Order shall automatically reinstate this Agreement if it has lapsed after completion of a previous Service Order.

8.2 **Termination.** This Agreement may be terminated by either party without cause by giving the other party thirty (30) days prior written notice. In addition, this Agreement and/or any duly executed Service Order may be terminated by ePartners immediately upon written notice in the event Customer fails to perform its obligation for payment of invoices pursuant to this Agreement. In such event, ePartners shall have the right to terminate this Agreement and all Service Orders thereunder forthwith and to recover for all Services performed and/or products delivered prior to the date of termination. Customer shall be liable for all costs of collection including reasonable attorney's fees incurred by ePartners to enforce its rights under this Agreement.

8.3 **Effect of Termination.** Upon termination of this Agreement: (a) Customer shall promptly pay all amounts payable to ePartners for Services rendered and out-of-pocket expenses incurred up to the date of termination; and (b) each party shall return or destroy, at the direction of the other party, all the other party's Confidential Information in its possession.

## 9.0 CONFIDENTIALITY

9.1 **Scope of Obligation.** In connection with the Services performed under this Agreement, the parties may have access to the other party's Confidential Information. "Confidential Information" means non-public information that the disclosing party designates as being confidential or which under the circumstances surrounding disclosure ought to be treated as confidential and information received from others that the disclosing party is obligated to treat as confidential. Confidential Information includes, without limitation, information relating to the disclosing party's software or hardware products which may include source code, data files, documentation, specifications, databases, networks, system design, file layouts, tool combinations and development methods, as well as, information relating to the disclosing party's business or financial affairs, which may include business methods, marketing strategies, pricing, competitor information, product development strategies and methods, customer lists and financial results. Confidential Information includes all tangible materials which contain Confidential Information whether written or printed documents, computer disks or tapes whether user or machine readable. The parties agree to maintain the confidentiality of the Confidential Information and to protect as a trade secret any portion of the other party's Confidential Information by preventing any unauthorized copying, use, distribution, installation or transfer of possession of such information. Each party agrees to maintain at least the same procedures regarding Confidential Information that it maintains with respect to its own Confidential Information, but in no event less than a reasonable standard of care. Without limiting the generality of the foregoing, neither party shall permit any of its personnel to remove any proprietary or other legend or restrictive notice contained or included in any material provided by the disclosing party and the receiving party shall not permit its personnel to reproduce or copy any such material except as expressly authorized hereunder. A party's Confidential Information may only be used by the other party in order to fulfill its obligations under this Agreement.

9.2 **Exceptions.** Confidential Information shall not include any information that: (a) is already known to the receiving party or its affiliates, free of any obligation to keep it confidential; (b) is or becomes publicly known through no wrongful act of the receiving party or its affiliates; (c) is received by the receiving party from a third party without any restriction on confidentiality; (d) is independently developed by the receiving party or its affiliates; (e) is disclosed to third parties by the disclosing party without any obligation of confidentiality; or (f) is approved for release by prior written authorization of the disclosing party.

* * * * *

This document and its contents are the confidential property of ePartners, Inc. Any reproduction without prior consent of ePartners is strictly prohibited



9.3 **Retained Rights.** Neither party is obligated to restrict the future work assignments of people who have had access to Confidential Information. In addition, the parties and these people are free to use the information that these people retain in their unaided memories related to information technology, including ideas, concepts, know-how or techniques, so long as such use does not disclose Confidential Information of the other party in violation of this Section 9. This use will not grant either party any rights under the other's copyrights or patents and does not require payment of royalties or separate licenses.

9.4 **Irreparable Harm.** Both parties acknowledge that any use or disclosure of the other party's Confidential Information in a manner inconsistent with the provisions of this Agreement may cause the non-disclosing party irreparable damage for which remedies other than injunctive relief may be inadequate.

9.5 **Survival of Obligation.** The terms and provisions of this Section 9.0 shall survive any expiration or termination of this Agreement.

**10.0 WORK PRODUCT**

10.1 **General.** Unless this Agreement is terminated by ePartners for Customer's material breach or failure to make payments to ePartners, ePartners hereby grants to Customer a perpetual, royalty-free, nontransferable, nonexclusive license to use, solely for Customer's internal business purposes, the object code form of any application software programs or deliverables created by ePartners in performing the Services hereunder.

10.2 **Development Tools.** Notwithstanding anything to the contrary in this Agreement, ePartners will retain all right, title and interest in and to all software development tools, know-how, methodologies, processes, technologies or algorithms used in providing the Services which are based on trade secrets or proprietary information of ePartners or are otherwise owned or licensed by ePartners. No licenses will be deemed to have been granted by either party to any of its patents, trade secrets, trademarks or copyrights except as otherwise expressly provided in this Agreement. Nothing in this Agreement will require ePartners or

Customer to violate the proprietary rights of any third party in any software or otherwise.

10.3 **Further Assurances.** ePartners and Customer agree to execute and deliver such other instruments and documents as either party reasonably requests to evidence or effect the transactions contemplated by this Section 10.0. The provisions of this Section 10.0 will survive the expiration or termination of this Agreement and each Service Order for any reason.

**11.0 RIGHT TO ENGAGE IN OTHER ACTIVITIES.**

11.1 Except as to the restrictions regarding Confidential Information herein, Customer acknowledges and agrees that nothing in this Agreement or any Service Order will impair ePartners' right to perform services or acquire, license, market, distribute, develop for itself or others or have others develop for ePartners similar technology performing the same or similar functions as the technology and Services contemplated by this Agreement or any Service Order.

**12.0 HIRING OF OTHER PARTY PERSONNEL**

12.1 For a period of one (1) year from the expiration or termination of each applicable Service Order, Customer and ePartners agree not to directly solicit the employment of any personnel or agent of the other party who has been directly involved with the delivery of Services under a Service Order unless Customer or ePartners, whichever the case may be, grants it consent in writing. Direct solicitation will not include general solicitations by the parties through the use of advertisements in newspapers, trade publications, or other solicitations not directed at particular individuals. If this condition is breached, the breaching party agrees to compensate the other party with a sum equal to four (4) times the average monthly salary received by such individual during the last six (6) months which the individual was employed by the former party employer.

***** 

This document and its contents are the confidential property of ePartners, Inc. Any reproduction without prior consent of ePartners is strictly prohibited.

## 13.0 INDEPENDENT CONTRACTOR

13.1 ePartners is an independent contractor. Neither ePartners nor Customer are, or shall be deemed for any purpose to be, employees or agents of the other and neither party shall have the power or authority to bind the other party to any contract or obligation.

## 14.0 ARBITRATION

14.1 Except for collection actions for payment of charges and for the right of either party to apply to a court of competent jurisdiction for a temporary restraining order, a preliminary injunction, or other equitable relief to preserve the status quo or prevent irreparable harm, any controversy or claim arising out of or relating to this Agreement or to its breach shall be settled by final and binding arbitration by a single arbitrator in accordance with Commercial Arbitration Rules of the American Arbitration Association, pursuant to an arbitration held in Dallas County, Texas, and judgment upon the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Each party shall bear its own costs and attorney fees related to any arbitration proceedings hereunder.

## 15.0 ASSIGNMENT

15.1 Customer may not assign its rights or obligations under this Agreement without the prior written consent of ePartners, which shall not be unreasonably withheld or delayed. Notwithstanding the foregoing, Customer may assign this Agreement to an entity who acquires substantially all of the stock or assets of such party; provided that consent will be required in the event that ePartners reasonably determines that the assignee will not have sufficient capital or assets to perform its obligations hereunder. All terms and provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective permitted transferees, successors and assigns.

## 16.0 GOVERNING LAW

16.1 This Agreement and each Service Order shall be governed by and construed in accordance with the laws of the State of Texas, without reference to conflict of laws principles. Customer hereby irrevocably consents to the jurisdiction of the state courts of the State of Texas and U.S. District Court for the Northern District of Texas.

## 17.0 NOTICE OF SERVICE

17.1 Service of all notices under this Agreement shall be sufficient if made by registered mail to the specific party involved herein at its respective address noted in the preamble to this Agreement.

## 18.0 ENTIRE AGREEMENT AND MODIFICATIONS

18.1 Each party acknowledges that it has read this Agreement and the Service Orders attached thereto, and further agrees that the Agreement, and the Service Orders thereto are the complete and exclusive statement of the parties and supersedes all prior or contemporaneous proposals, understandings, and agreements, oral or written, between the parties relating to the subject matter hereof, including without limitation, the terms of any customer request for proposal or the standard printed terms on any Customer purchase order. No modification, amendment, supplement to or waiver of this Agreement shall be binding upon the parties hereto unless made in writing and duly signed by both parties. No waiver by either party of any breach by the other party of any of the provisions of this Agreement or any duly executed Service Order hereunder shall be deemed a waiver of any preceding or succeeding breach of the same or any other provisions hereof. No such waiver shall be effective unless in writing and then only to the extent expressly set forth in writing.

## 19.0 SEVERABILITY

19.1 In case any one or more of the provisions contained in this Agreement or any duly executed Service Order shall, for any reason, be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this Agreement, and this Agreement shall be construed as if such provision(s) had never been contained herein,

* * * * *

This document and its contents are the confidential property of ePartners, Inc. Any reproduction without prior consent of ePartners is strictly prohibited

06/10/2005 FRI 12:36 FAX                                                                @026/027

provided that such provision(s) shall be curtailed, limited or eliminated only to the extent necessary to remove the invalidity, illegality or unenforceability.

**20.0   FORCE MAJEURE**

20.1 Neither party shall be responsible for failure to perform under this Agreement when its failure results from any of the following causes: Acts of God or public enemies, civil war, insurrection or riot, fire, flood, explosion, earthquake or serious accident, strike, labor trouble or work interruption or any cause beyond its reasonable control.

**21.0   AGREEMENT HEADINGS AND NUMBERING**

21.1 Paragraph headings and numbers used in this Agreement are included for convenience of reference only, and, if there is any conflict between any such numbers and headings, and the text of the Agreement, the text shall control.

**22.0   EXECUTION OF AGREEMENT**

22.1 This Agreement may be executed in one or more counterparts, each of which shall be considered and original, but all of which together shall constitute one and the same instrument.

*  *  *

* * * * *
This document and its contents are the confidential property of ePartners, Inc. Any reproduction without prior consent of ePartners is strictly prohibited



06/10/2005 FRI 12:36 FAX                                                    ⓐ027/027

**IN WITNESS WHEREOF**, this Agreement has been duly executed and delivered by the authorized officers of the parties hereto, to be effective as of the Effective Date.

ePartners, Inc.                                    **GMA Accessories, Inc. ("*Customer*")**

By: _Eric K Forgo_____           By: _William Maloof_____

Name: Eric K. Forgo                                Name: _WILLIAM MALOOF_

Title: _Regional VP of Professional Services_     Title: _CFO_____

This document and its contents are the confidential property of ePartners, Inc. Any reproduction without prior consent of ePartners is strictly prohibited

06/10/2005 FRI 12:26 FAX                                                                        @001/027

*FINAL*

SERVICE ORDER

## Master Service Order - GMA-002

This Master Service Order GMA-002 (the "Master *Service Order*") dated as of the 8th day of June, 2005 (the "Master *Service Order Effective Date*") is entered into by the parties under the provisions of that certain Master Services Agreement dated June 8, 2005 (the "*Agreement*") by and between ePartners and Customer, and, except as otherwise provided in this Service Order, all applicable provisions of the Agreement are incorporated into this Master Service Order by this reference.

1.    **SOFTWARE.** In delivering the Services described in this Service Order, ePartners will be utilizing the software products and modules that are licensed to Customer under the Product Order between Customer and ePartners dated March 31, 2005.

2.    **ENGAGEMENT COMMUNICATIONS AND OTHER OPERATING PROCEDURES.**

      2.1    Core Team. ePartners will appoint one project member for participation on a Project Committee to be comprised of appropriate Customer personnel with proper representation from any department or project having a direct impact on this implementation.

      2.2    Timely and Consistent Status Memos. ePartners will provide to Customer periodic memos describing ePartners' recent activities. Such memos shall be distributed, without alteration, to each member of the project committee, described in Section 2.1, and to the dedicated Customer project lead or to Customer personnel, as appropriate.

3.    PAYMENT TERMS

      3.1    The following terms apply to the Services contained herein with approximate payment dates:

| | |
|---|---|
| Due upon Kick-off (week of June 13, 2005) | $100,000.00 |
| Completion of Super User Training (in accordance with Project Plan) | $150,000.00 |
| Interim Completion of Discovery / Design (in accordance with Projec Plan) | $150,000.00 |
| Completion of Discovery / Design (In accordance with Project Plan) | $150,000.00 |
| Monthly Payments to go-live (in accordance with Project Plan) | $560,000.00 |
| At Go-Live | $100,000.00 |
| At Close of Books – 1st Month | $ 40,000.00 |
| Total | $1,250,000.00 |

Payment shall not be unreasonably withheld provided completion of the above Milestones are materially complete. Payment for Travel Expenses will be made in accordance with the terms detailed below. Should the Project Plan or the project deliverables extend beyond the anticipated go-live date contemplated in the above payment schedule, such payment dates will be adjusted to reflect the new go-live.

4.    **RATES.** Services provided outside the scope of this Master Service Order will be provided at the following hourly rate(s):

| | |
|---|---|
| Project Planning and Management | $ 210/hour |
| Senior Application Consultant | $ 185/hour |
| Senior Developer | $ 185/hour |

ePartners, Inc., Service Order

| | |
|---|---|
| Business Process Consultant | $ 185/hour |
| Subject Matter Expert | $ 210/hour |
| Application Consultant | $ 165/hour |
| Developer | $ 165/hour |

Should Customer desire a single billing rate that billing rate shall be $185/hour. In the event that Customer engages ePartners in a significant project outside of the scope of Services under this Service Order, ePartners and Customer shall negotiate in good faith a mutually acceptable hourly rate

5.       **SERVICES.** ePartners will assist Customer in implementing Microsoft Business Solutions Axapta software and other such software listed in the Product Order as an integrated application used to support their business. The implementation will take place at corporate and regional offices in and around New York City and cover domestic and corporate operations.

5.1      Project Definition and Planning. ePartners will conduct meetings with the Customer's core team to further educate ePartners on Customer's business practices and processing requirements, educate Customer on the configuration decisions available in the software to facilitate business practices, define expectations, and establish a timeline for the implementation. Activities will include documentation of business and functional requirements and identify gaps in software functionality to meet such requirements. Establish a training plan. Establish a data conversion plan. Establish a reporting plan.

5.2      System Construction. Configuration and Implementation of software modules detailed in the Product Order based on the business and functional requirements. A sampling of those requirements are included in the

Demo Requirements         Capell
- Highlights.doc         Deliverables.xls

attached files.

5.2.1    Super User Training for all Modules

5.2.2    Establish and execute end-user Training Plan through the use of web-based, classroom, and over-the-shoulder training.

5.2.3    Establish a plan for development of operational and financial reports to support the business and provide training around the tools needed. ePartners will develop core Financial Statements (Balance Sheet, Income Statement, Cash Flow) for a single entity as a basis for training Customer team. Training and support will be provided to the Customer team to develop operational reports.

5.2.4    Identify the Functional Requirements, develop the Detailed Design, Develop, and Test various customizations or complex configurations to the software. Those identified include the following:
   a)   Pending Purchase Order
   b)   Freight / Duty and OOCL Interface
   c)   Bulk Orders and Confirmations
   d)   Single store vs. multi-store based on destination
   e)   Depleting Bulk Orders
   f)   Pack Items – piece and quantity
   g)   Bill of Lading
   h)   Download CIT Chargeback
   i)   Upload P/O Info to Cargo
   j)   Range Pack capability
   k)   UPC / SKU auto generate

5.2.5    ePartners will provide assistance to Customer technical resources who will be responsible for preparing, validating, and mapping of all legacy data for the new system. ePartners will assist in data mapping and synchronization (import/export) processes and procedures as well as provide technical information regarding the products identified in the Product Order.

5.2.6    ePartners will configure and implement Production capability for domestic operations located in New Jersey. ePartners will perform Discovery work related to international operations such that proper configurations decisions are made to support the future roll-out (Phase 2) of the system to off-shore production locations.

5.2.7    ePartners and its designees will provide three (3) vendor mappings and training to Customer team to develop additional mappings.

5.3    Deploy. Support users as the system is deployed in a live environment. Activities will include assistance in running reports, entering transactions, refresh on system functionality and process, and update documentation.

5.4    Close. Conduct a de-brief on project results with the core team. Provide documentation developed during the implementation process.

5.5    Items specifically excluded from Services:

5.5.1    Sharepoint Services
5.5.2    Axapta Customer Portal functionality
5.5.3    Retail POS capability
5.5.4    RFID system integration to Axapta
5.5.5    Non-domestic implementation activities other than certain Discovery work needed to configure the software for Domestic operations.

The **Project Work Plan** (in MS Project and /or Excel) will be prepared for the professional services to be delivered by ePartners under subsequent Service Orders, as well as the Customer task assignments. The Project Work Plan is the principal task, milestone and budget plan for the project, against which the project will be measured. The Project Work Plan will include material project phases, tasks, estimated due dates, milestones, customer sign-off points, assignments of responsibilities (both ePartners and Customer), estimated ePartners' hours and the total estimated services expenditure. The progress of the project will be updated on the Project Work Plan and reported to the Customer on a periodic basis. The Project Work Plan may be amended from time to time as mutually agreed by the parties. Such consent and approval to modifications to the Project Work Plan shall not be unreasonably withheld or delayed. Any such approved modified Project Work Plan shall completely supersede the prior Project Work Plan unless otherwise noted on the face of such modified Project Work Plan. After such plan is developed and mutually agreed upon by the parties, any subsequent modifications *may* result in changes to the Estimate of Services specified in Section 6.

**Initiation of Services.** Week of June 13, 2005.
**Estimated Go Live Date.** TBD – Established by the Core Team and the ePartners project team.

**Service Order(s)**, covering each phase of the project will be prepared with specific definition on scope and ePartners' and Customers' individual responsibilities. Based on our current understanding of your desired solution, we are anticipating service orders for the following.

1)    Project Kick-off, Project Plan Development, System Review/Installation, Training Plan, Reporting Plan, Data Migration Plan
2)    Super User Training, Discovery, Documentation
3)    Core Configuration
4)    Customizations
5)    User Training
6)    Testing
7)    Readiness Assessment, Go-Live Assistance

ePartners shall deploy resources with the following responsibilities. Tentative names of staff are provided. Their availability and involvement is dependent upon the mutually agreed to Project Plan.

1)    Engagement / Project Management (TBD)
2)    Suject Matter Expert (TBD)
3)    Senior Application Consultant(s) (TBD)
4)    Staff Application Consultant(s) (TBD)
5)    Senior Development Consultant(s) (TBD)
6)    Staff Development Consultant(s) (TBD)
7)    Documentation Specialist (TBD)
8)    Training Specialist (TBD)

06/10/2005 FRI 12:27 FAX                                              ☒004/027

6.  **ESTIMATES FOR SERVICES.** Services provided under this Master Service Order will be charged on fixed fee basis. The total amount of the service orders, including the Services detailed and provided under this Master Service Order, for implementation of the software referenced in Section 1 of this Agreement is **$1,250,000.00**, except as noted below. Customer and ePartners acknowledge that the scope of the implementation services, as defined in this document are based on information and requirements defined by express disclosures of requirements by Customer and information gathering performed by ePartners. The services quote presented in this document is based on the good faith efforts of ePartners to provide Customer information regarding the deliverables and scope of the implementation taking into consideration any exclusions noted in this document. Any material changes in system requirements reflected in new business activities not identified under Service Order GMA-001, the introduction of any third party, the introduction of any additional software, or any similar event and other factors outside of the control or reasonable anticipation of ePartners, including without limitation, Customer's failure to perform any of the Customer obligations, including without limitation those set forth in Section 7 herein, may have an impact on any mutually agreed upon timeline or the services quote provided herein, or both. Consequently, additional service orders may be presented to Customer representing any such changes and the related costs for such changes will be incremental to the **$1,250,000.00** amount specified above. Customer will be notified immediately, and before any work is performed on service orders that are not included in the **$1,250,000.00** amount specified above. ePartners will not perform work on any such service orders without Customer's prior written approval.

Travel fees will be fixed at $25,000.00 through the initial Phase of the project. Should out-of-scope items be identified, the travel expenses will be billed on an as incurred basis. Payment for Travel Fees will be done on a monthly basis through the term of the initial phase of the project.

7.  **CUSTOMER AND EPARTNERS OBLIGATIONS.**

7.1  Customer and ePartners mutually maintain overall responsibility for the project schedule and will each assign a Project Manager responsible for the delivery of the project. Duties of each Project Manager include, but are not limited to, a) assigning resources to project tasks, b) preparing project plans, work plans, and project timelines, c) providing timely project status reports to management, d) appropriate project documentation, d) communication to management and project team members of interdependencies and risks on project tasks, e) identification of items that are considered out-of-scope, f) ensure compliance with financial terms of the relationship, f) other project tasks reasonably assumed to be under the purview of a Project Manager.

7.2  Customer management supports this project and will manage the schedule to minimize unproductive activities.

7.3  Customer must provide a dedicated core team covering all modules and sub-modules affected by the Services of this Service Order, and such team will allocate a material portion of their work time to this project. In total hours that the core team members can expect to spend is an equal amount of time spent on the project as that of the ePartners dedicated team. The Customer core team will be made up of four members with the following general areas of responsibility, a) Project Management as referenced in Section 7.1, b) a person dedicated to learning each area of the Axapta application and the third party modules comprising the solution, c) a person dedicated to supporting integration to both known and unknown integration points between Axapta and third party software products and programs, d) a person dedicated to developing Axapta software customizations and reports used to support the business.

7.4  Customers dedicated team and project management will have the authority and support to define, decide, and modify existing business processes to achieve greater organizational efficiency and to reduce the cost of system implementation and ongoing support.

7.5  Customer and ePartners recognize that delays in making decisions relative to internal processes, project objectives, and system configuration may extend the target dates and costs associated with the implementation.

7.6  Customer assumes responsibility for providing ePartners written notification regarding any unsatisfactory ePartners personnel. Until such written notification, ePartners may assume that Customer is satisfied with the resources and personnel provided by ePartners. Upon written notification by Customer, ePartners shall replace such personnel within two (2) weeks. ePartners will use commercially reasonable efforts to replace resources, if required, with similar skill set.

7.7  Test plans for system/integration and user acceptance testing will be prepared by Customer with the ePartners Project Manager's assistance. ePartners will provide a readiness assessment prior to "go-live".

ePartners, Inc., Service Order



7.8    Customer technical resources will be responsible for preparing, validating, and mapping of all legacy data for the new system. ePartners will assist in data mapping and synchronization (import/export) processes and procedures as well as provide technical information regarding the products identified in the Product Order.

7.9    Customer is responsible to provide a technological and processing environment conducive to supporting the system selected by Customer, both during the implementation and subsequent to the implementation, and in accordance with such specifications as recommended by the software publisher and ePartners. Additionally, Customer will provide a Microsoft Sharepoint environment to support project collaboration.

7.10    Dedicated person(s) from Customer's implementation team and dedicated person(s) from ePartners will be present at "go-live", as dictated by the project plan.

7.11    ePartners will hire a Subject Matter Expert as a full time employee to both support the Capelli project and to assist in the penetration of the Fashion and Apparel market. ePartners encourages Capelli to put forth qualified candidates for interview with the ePartners management team. Such candidates should have both specific industry expertise and an understanding of the technologies that enable and support the Fashion and Apparel vertical market. Expected total compensation level (base salary plus incentives) in the range of $120k to $140k dependent on experience. Additionally, ePartners will hire as a member of the Capelli project team, on the ePartners payroll and under the direct supervision of ePartners management. a candidate put forth by Capelli. Capelli will present a number of qualified candidates for consideration. Expected compensation level in the range of $60k to $90k (base salary plus incentives) dependent on experience. The tenure of such resource is expected to be through go-live of the system. Employment subsequent to go-live shall be discussed at that time.

## 8.    MISCELLANEOUS PROVISIONS.

8.1    This Service Order may be executed by facsimile signature and in multiple counterparts all of which together shall constitute one and the same original document.



* * *

**IN WITNESS WHEREOF**, this Service Order has been duly executed and delivered by the authorized officers of the parties hereto, to be effective as of the Service Order Effective Date.

ePartners, Inc.                              GMA Accessories, Inc. ("Customer")

By: _Eric K. Forgo_                          By: _William Maloof_

Name: _Eric K. Forgo_                        Name: _WILLIAM MALOOF_

Title: _RVP Professional Services_           Title: _CFO_

CSM of Record: Erik Sevenants

ePartners, Inc., Service Order

Note: The following is based on field work conducted and is not intended to be a full detail of all functional requirements by process area.

| Area | Description | Comment |
| --- | --- | --- |
| Design | Custom Style Order Form | |
| Design | Ability to identify design efforts as a Season or Program. | Use Document Handling functionality to attach custom forms |
| Design | Ability to maintain a "Retail Book" in the system | Use CRM Campaign Activities functionality |
| Design | Ability to maintain a "Retail Book" in the system | Use CRM Encyclopedia functionality |
| Design | Ability to maintain Art Dept. Project Form information, in the system. | Use CRM Encyclopedia functionality |
| Design | Ability to track Concept Sheet information with graphics | Use Document Handling functionality to attach custom forms |
| Design | Ability to maintain Templates, for Art Dept. and Development, within the system | Use CRM Encyclopedia functionality |
| Design | Ability to maintain Art Dept. Packaging Request Form information. | Use Document Handling and Document Handling functionality |
| Design | Ability to open Macintosh graphic files in Axapta | Recommend saving files as jpeg format. |
| Design | Ability to capture costs related to Design process | |
| Development | Ability to track e-mail communications and status of sample production and sample location/disposition | Tracking activities in CRM and use of Document Handling will address most of requirement. |
| Development | Ability to link pictures of Concept versions to Concepts taken forward to the Mechanical stage. | Use Document Handling functionality to attach custom forms |
| Development | Ability to link fabric sample material requests to the related Mechanical/Development specification sheets. | Use CRM Campaign Activities functionality |
| Development | Ability to maintain and track Photo Shoot Requests | Use CRM Campaign Activities functionality |
| Development | Ability to maintain Packaging Label designs in the system | Use CRM Encyclopedia functionality |
| Development | Ability to assign a style number, at the beginning of the design process. | |
| Development | Ability to link some external object to the style (linking mechanical, artwork and all objects that have to do with the style) | |
| Development | Ability to be able to have a picture added to a style | BOM functionality can be used |
| Development | Ability to have all material linked to the style (fabric, material...etc) | |
| Development | Ability to track fabric sample requests and status. | Specifically entered total selling prices per customer are standard in trade agreements. |
| Development | Ability to get the sell price for an item, for a specific customer or GMA. This will include all the material cost (fabric, trim style, etc., packaging and ...) please refer to the costsheet. | |
| Development | Ability for a style to have different version under the same style# and color (configuration). Have a third level style, color and trim version. | |
| Development | Ability to store and view available fabric and trim samples. | |
| EDI | Ability to create UCC 128 labels; generate and print UCC barcode labels for the different customers | Our software generates the information for the UCC 128 label, however label software with a label template is required. eBridge can provide both of these. |
| EDI | Ability to process 812 transactions, Debit/Credit invoice amounts | |
| EDI | Ability to process 864 transactions, general text communications | |
| EDI | Ability to process 997 transactions, customer acknowledgement. | |
| EDI | Ability to process 810 transactions, invoices to customers. | |
| EDI | Ability to generate 832 EDI transactions (maintain and generate Catalog transactions) | |
| EDI | Ability to process 855 transactions, reversal of 850 transactions. | |
| EDI | Ability to generate 856 EDI transactions, ASN, based on the EDI standards and the customer requirements. Includes ability to have multiple BOLs with a single ASN. | |
| EDI | Ability to process 870 transactions, order status. | |
| Development | Ability to create a UPC | |
| Development | Ability to capture costs related to Development process | |
| General | Ability to calculate the income of the company taking into account inter-company sales. Requires financial consolidation with one factory, GMA-Shanghai. | |
| General | Ability to view transactions in detail or summary. | |
| General | Ability to have additional companies in Axapta, but not financially consolidated. | Will require Unlimited Companies license |
| General | Ability to use multi-currency in the GMA-Shanghai company. | |
| General | Ability to print financial reports by period at the 3 account segment levels. | |
| General | Ability to generate P&L actual, batch level costing. A batch, for fabric, is the purchase order. (flop) | |
| General | Ability to be able to see/search master information by pre-defined categories, (able to see all fabric flip flop) | |
| General | Ability to check if a price makes sense based on specific information. | Use of BOM Calculation functionality to create price will allow analysis of price components. |
| General | Ability to maintain inventory at the Style-Color-Size level. | |
| General | Ability to have a Style code | |
| General | Ability to have a Color code | |
| General | Ability to have a multi-size scale up to 8 sizes each | |
| General | Ability to easily search the system and user friendly. | |
| General | Ability to use Axapta batch level costing. A batch, for fabric, is the purchase order. | |
| General | Ability to have e-mail integration connection between Axapta and Outlook? | |
| General | Ability to work with Microsoft office export/import. | Excel cut & paste, Word templates |

| Category | Description | Notes |
|---|---|---|
| General | Ability to allow system tuning through adjusting the different setup parameters | "Unlimited license" required |
| General | Ability to maintain at least seven companies within Axapta | |
| Import | Ability to partial ship a PO and be able to define the qty for a customer | |
| Import | Ability to reconcile the warehouse location on a shipment with the warehouse location originally on the PO line | |
| Import | Ability to update expected ETA by container number, on a specific shipment. | Assumes Scalable standard functionality will address requirement |
| Import | Ability to consolidate the different PO's for the different vendors in one shipment. Shipment for finished goods (Style PO's) and Shipment for Fabric (Material PO's) | Assumes Scalable standard functionality will address requirement |
| Import | Ability to print a material shipment advice/confirmation for GMA and BHK companies. | |
| Import | Ability to track shipments by container. | |
| Inventory Control | Ability to create one shipment for Style PO and Material PO and track status. | |
| Inventory Control | Ability to use the same styles for Allocation, shipping (from Warehouse & EDI | |
| Inventory Control | Ability to substitute with one or multiple styles | |
| Inventory Control | Ability to create one UPC for a pre-pack of sizes. | |
| Inventory Control | Ability to create one UPC for the pre-pack of colors. | |
| Inventory Control | Ability to handle UPC/SKU and the style price. | |
| Inventory Control | Ability to handle the UPC/SKU and the pack price. | |
| Inventory Control | Ability to handle the UPC and SKU for the same style. | |
| Inventory Control | Ability to handle Pack per carton | |
| Inventory Control | Ability to handle Pack per style | |
| Inventory Control | Ability to handle Pack of packs | |
| Inventory Control | Ability to create one shipment for Style PO and Material PO and track status. | |
| Inventory Control | Ability to print an "Inventory Aging" report | |
| Inventory Control | Ability to maintain "Inventory Buy" information within the system | |
| Inventory Control | Ability to handle UPC/SKU linked to the pack of pack. | |
| Inventory Control | Ability to manage the UPC quantity in order to replenish any style that is ordered on line. | |
| Inventory Control | Ability to categorize Material items differently from Style items. | |
| Inventory Control | Ability to track all the inventory transactions for Material items – in and out | |
| Inventory Control | Ability to generate a unique UPC number for each Item (Style or Pack) – either manually or automatically. | |
| Inventory Control | Ability to display the Pack summary. (show the pack totals, omitting the components details) | |
| Inventory Control | Ability to display the Pack detail. (the pack components breakdown by style-color-size) | |
| Inventory Control | Ability to generate a SKU number per Pack, for each customer. | |
| Inventory Control | Ability to assign a UPC number and/or a SKU number per Pack, for each customer. | |
| Inventory Control | Ability to setup factories as warehouse locations. | |
| Inventory Control | Ability to setup warehouse configuration | |
| Inventory Control | Ability to easily create/break styles with components | |
| Inventory Control | Ability to track detail cost by warehouse /configuration | |
| Inventory Control | Ability to have a Style-color-size associated to an SKU number, for each customer; | |
| Inventory Control | Ability to have a Style-color-size associated to a UPC number. | |
| Inventory Control | Ability to maintain Inventory as a Style Item. (a single style can have multiple colors or multiple sizes) | |
| Production | Ability to handle the pack versions | |
| Production | Ability to handle one UPC for all sizes of a stylecode | |
| Production | Ability to have the system create new material purchases orders | |
| Production | Ability to have one UPC for all sizes of 9 stylecode | |
| Production | Ability to schedule all processes and follow up to make the delivery date | |
| Production | Ability to generate a Cutting Ticket from Sales Orders; to generate and allocate a cutting ticket to a sales order(s) | Std. with Production module |
| Production | Ability to generate a Cutting Ticket manually, cutting ticket number is 6-digits numeric generated sequentially. | Std. with Production module |
| Production | Ability to assign a UPC number and/or a SKU number per Pack, for each customer. | |
| Production | Ability to view/track production output and associated costs, for in-house production activities (flags, pillows, etc). | |
| Production | Ability to record the actual factory goods manufactured | |
| Production | Ability to track production activities done for a specific cutting ticket. Tracking the contractors and delivery dates is also done thru this procedure. | Std. with Production module |
| Production | Ability to track the different mfg operations done for a specific cutting ticket. Tracking the contractors and delivery dates is also done thru this procedure. | Std. with Production module |
| Production | Ability to record the payable invoice and track the different payment types; Cash, Check or Non-check payments and link it to the payable invoice | |
| Purchasing | Ability to record the payable invoice to different costing elements and link the payables to PO's. | Financial dimension functionality could address requirement |
| Purchasing | Ability to record the payable invoice information and track by vendor – invoice# is 12 alphanumeric chars and entered manually. | |
| Purchasing | Ability to allocate the payable invoice to different costing elements and link the payables to PO's, manufacturing operations, cutting tickets or general expenses. | |
| Purchasing | Ability to see a purchase order become a sales order on that side and, in turn, produce a purchase order in Chinese to their vendor. | |
| Purchasing | Ability to see a purchase order from company 1 to Chinese company become a sales order on that side and, in turn, produce a purchase order in Chinese to their vendor. | |
| Purchasing | Ability to record the advance payments and allocate it to the payable invoice. | |
| Purchasing | Ability to have a process to control the payments and to approve the invoices before being paid. | |

| Category | Requirement | Notes |
|---|---|---|
| Purchasing | Ability to generate a purchase order from a Sales Order. Require a procedure to generate a PO from a sales order. Allocation is done in this case directly to the PO to allocate its quantity to the selected sales order(s). | |
| Purchasing | Ability to create an Inter Company PO in company A, which becomes a S/O in company B. | |
| Purchasing | Ability to have multiple UOM's on the Material PO. | |
| Purchasing | Ability to prevent purchase price changes on a PO cost sheet. | |
| Purchasing | Ability to see, by PO, if any AP Invoices were applied to it. | Use field level security |
| Purchasing | Ability to see, by PO, if any payments were made for the PO. | |
| Purchasing | Ability to easily analyze historical cost of a style by vendor. | |
| Purchasing | Ability to inquire the Material PO Shipment information. | |
| Purchasing | Ability to release the sales orders for a style by vendor. | |
| Purchasing | Ability to receive Material PO's by either PO or by Shipment. | |
| Purchasing | Ability to track original PO delivery date by line. | |
| Purchasing | Ability to track the status of issued purchase orders. | |
| Purchasing | Ability to print a "Check Register Summary" report. | |
| Purchasing | Ability to print a "Check Register Detail" report. | |
| Purchasing | Ability to print a "Payables Summary" report. | |
| Purchasing | Ability to print a "Payables Invoices Summary" report. | |
| Purchasing | Ability to print a "Aged Payables Invoices Summary" report. | |
| Purchasing | Ability to print a "Payables Invoices Detail" report. | |
| Purchasing | Ability to print a "AP Journal" report. | |
| Receiving & WH Mgmt. | Ability to issue Material PO's to record and track material purchase orders. | |
| Receiving & WH Mgmt. | Ability to receive an 856 from the Forwarder; create a Shipment & update the purchase orders involved. | |
| Receiving & WH Mgmt. | Ability to receive a PO in the system before "PO Costing" is finalized. | |
| Receiving & WH Mgmt. | Ability to receive by Container, for a PO. | |
| Receiving & WH Mgmt. | Ability to print a "Material Purchase Order Receipt" report. | |
| Sales | Ability to draw funds from CIT (Factoring Agent), offset receivables and payment of interest to CIT. | |
| Sales | Ability to offset any payments against an invoice or debit against credit for a selected customer. | |
| Sales | Ability to record the different receivable payments by a customer. | |
| Sales | Ability to create a credit memo to record the credit amount to the customer balance and update items quantity being returned to the inventory. | |
| Sales | Ability to create a Return Authorization to authorize the customer for returning goods. | |
| Sales | Ability to print the Invoice document as original document and multiple copies. | |
| Sales | Ability to allocate the inventory of a specific style based on the open sales orders criteria. Availability of the style is validated to decide if the allocation can be done or not. | |
| Sales | Ability to allocate the purchase order quantity to specific sales order(s). This is an important tool for GMA to plan the availability of a style in the inventory. | Use standard Marking functionality |
| Sales | Ability to plan the availability of a style in advance and to manage the different delivery dates for sales orders against corresponding purchase orders. | Use standard Marking functionality |
| Sales | Ability to release the sales orders for shipping and to decide if the customer credit is in a good standing or not. | Semi-manual standard functionality is available |
| Sales | Ability to issue a sales order invoice for a selected sales order and generate the invoice automatically. | |
| Sales | Ability to print the Currency code on BHK order confirmation. | |
| Sales | Ability to create a GMA Order Detail Report. | |
| Sales | Ability to create a GMA (Un)Sent Invoices report. | |
| Sales | Ability to create an Order Header For GMA Report. | |
| Sales | Ability to print a "Sales Journal" report. | |
| Sales | Ability to track the status of issued sales orders. | |
| Sourcing | Ability to issue purchase quotation requests and capture detailed quotation response information. | Req/Logic functionality |
| Sourcing | Ability to have production capacity done with our factory each time we place a PO we will be increasing production capacity management. | For a "factory" setup in an Axapta company, Purchase Order demand can become production order demand and allow capacity management. |
| Sourcing | Ability to request vendor information and receive response directly into the system. | Available with ReqLogic |
| System Admin | Require User access level where each menu option can be granted for Add, Edit or Delete records. | |
| System Admin | Require that the Costing has it's own security level (to be shown or not and this throughout the whole system). | |
| Warehouse Mgmt. | Ability to make inventory adjustments, in or out, classified based on the purpose. | |
| Warehouse Mgmt. | Ability to update the physical inventory count. | |
| Inventory Control | Ability to hold posting the inventory until the physical count is ready. Releasing the inventory then recalculates all style balances based on the physical count. | Use business process of counting prior to posting, posting to quarantine then write or posting with cycle-counting follow-up |
| Inventory Control | Custom Cut Ticket/PO Allocation Report for GMA. | |
| Inventory Control | Custom Material Requirements Report. | |
| GMA | GMA Planning Schedule Report. | |
| Inventory Control | Ability to create a Custom P/O Header Report. | |
| Inventory Control | Ability to create an Estimated vs. Landed cost Report. | |

| Category | Description | Notes |
|---|---|---|
| Inventory Control | Ability to create an Open Purchase Order Detail Report. | |
| Inventory Control | Ability to create a Select Orders to Update Prices Report. | |
| Inventory Control | Ability to create a Voiding Invoices Report. | |
| Inventory Control | Ability to run a report giving you all the price information for a specific style which will include all vendor-supplied information and how the price is changing over time. | |
| Inventory Control | Ability to create a GMA Shipping Log Report. | |
| Inventory Control | Ability to create a Custom GMA O.T.S. Report. | |
| Inventory Control | Ability to create a PO Allocation Report For GMA. | |
| Inventory Control | Custom Detailing Styles Report | |
| Inventory Control | Custom Dummy for Cancel styles screen Report | |
| Inventory Control | Inventory by Style Availability Report. | |
| Purchasing | Material Utilization Report. | |
| Purchasing | Recalc Packs Prices Report | |
| Purchasing | Stock Availability Report | |
| Purchasing | Style Copy Setup - GMA Report | |
| Purchasing | Style Master List for GMA Report | |
| Purchasing | Style Master V2 Report | |
| Purchasing | Style Summary Report | |
| Purchasing | Ability to print a "Style Summary" report by style item, including quantities of stock, planned, unallocated, OTS. | |
| Sales | Ability to print a "Styles Quantities Open To Sell Summary" report by style, color and size. | |
| Sales | Ability to print a "Material Master List For Style" report for raw materials which includes item, color, vendor, cost elements, on-hand, on order, date introduced, weight. | |
| Sales | Ability to print a "Material Utilization" report by location. | |
| Sales | Ability to print a "Material Purchase Order Receipts" report of estimated vs. landed (actual) costs by purchase order. | |
| Sales | Ability to print a "Material Purchase Order Header" report. | |
| Sales | Ability to print a "Material Purchase Order Detail" report by receipt. | |
| Production | Ability to print a "Material Requirements By Vendor" report for raw materials to include quantities of on-hand, required, order and available. | |
| Production | Ability to print a "Estimated vs. Landed Costs - By Shipment" report | |
| Purchasing | Ability to print a "Style P/O Cost Sheet" report with all item, freight and landed costs specified by purchase order. | |
| Purchasing | Ability to print a "Invoice Contribution" report | |
| Purchasing | Ability to create a report of bulk vs. non-bulk sales orders. | |
| Purchasing | Ability to create a report of confirmed vs. non-confirmed sales orders. | |
| Purchasing | Ability to print a Custom Aged A/R for GMA with separate reports for factor and non-factor receivables. | |
| Sourcing | Ability to create a GMA Sales and Inventory report. | |
| Development | Ability to create a Customer Shipping Report. | |
| Import | Ability to print a "Summary Sales Information" report providing quantity and amount by account and store. | |
| Development | Ability to generate a bar-code label for production samples, which includes style-color number, description, date of label generation. | Formatting of label to meet specification will be required. |
| Development | Ability to maintain and update Style Master Sheet information. | Some additional fields likely required to capture all desired information. |
| Development | Ability for a style to have categories and subcategories based on the need of each department. | Same addition of category fields will be required. |
| Development | Ability to be able to enter different information for a style depending on a specific department,(for the sock we need to have needle count and weight, however in the flip flop we need to have height and material, etc...). | Additional item form tabs and fields will be added to hold manually entered information. |
| Development | Ability to have a color description or detail information on an item. Currently, using generic names (green combo, multi...) which do not really give an idea of the color. By using the color detail, can add more detailed information to the color. | Will need to add additional text fields and flow to appropriate forms and reports |
| Development | Ability to receive an EDI item OTF (factor Agent) into GA (journal, with off-set A/R to expense. | |
| EDI | Ability to upload P/O information to Cargo. A new EDI transaction developed to export the PO info to our consolidator (OOCL). These PO's are transmitted weekly and the consolidator sends back the shipment info according to the PO info after being processed into shipments | Create EDI input transaction to A/R Payment Journal. |
| EDI | Ability to process 753 transactions, response to 754 transactions | |
| EDI | Ability to process 816 transactions, customer identification of stores with distribution centers. | |
| EDI | Ability to process 852 transactions, customer sales activities for a given style/pack/program | |
| General | Ability to have combinations of main account and financial dimensions that are people-based and physical location-based. | May require additional financial dimensions. |
| Import | Ability to include FTS by style, per PO line item, not using notes functionality. | Addition of fields with no associated functionality |
| Import | Ability to include FOB & CMT/ASSST on a PO line item (not notes) | Addition of fields with no associated functionality |

| Category | Requirement | Comments |
|---|---|---|
| Import | Ability to create a Sending POs to Cargo System Report. | |
| Import | Ability to indicate on a PO line level; shipping date, volume in m3, weight, number of pieces, destination, shipping point and shipping method. | |
| Inventory Control | Ability to indicate that a pending PO is ready to ship by an indication of approval for each line. | |
| Import | Ability to have BOM items automatically relieve differently, as inventory is consumed, on range packs. | Use of configurable BOM functionality should address majority of the requirement. |
| Inventory Control | Ability to create a report that generates an open to sell for specific items, including pictures, sell prices, customer delivery. The items can be defined by user; list of different items, a specific category ...etc | Base standard report addresses a majority of requirement. |
| Inventory Control | Ability to create a material requirements query to show the materials requirements by different criteria. i.e. by vendor, by style, by location, etc. | Some customization may be required |
| Inventory Control | Ability to "Flag" that a sample is required for an item on a purchase order. | |
| Inventory Control | Ability to track a pre-production and production sample status | |
| Production | Ability to produce a Cutting Ticket, Cost Sheet, to record and track all the costing elements for a culling the estimated, landed and actual levels | Std. Production module addresses most of the requirement. Some modification probable to address all costing element requirements. |
| Inventory Control | Ability to have pre-costing, mfg operations, and miscellaneous cost. All costing elements are uecked on | |
| Inventory Control | Ability to have a Pack price per pack, (the price of a pack item is the price of all pieces in the pack) | |
| Inventory Control | Ability to have a Pack qty per piece, (the number of ordered packs is the total number of pieces for all pack components) | |
| Inventory Control | Ability to have a Pack qty per pack, (the number of ordered packs is the number of pack sets) | |
| Inventory Control | Ability to have a Color Code associated to an NRF Code. | |
| Inventory Control | Ability to have a Size Code associated to an NRF Code. | |
| Inventory Control | Ability to have a Pack Item with a Pack price, (the price of a pack item is the price of a single piece in the pack) | |
| Purchasing | Ability to have a specific information in the PO based on a specific department. | |
| Purchasing | Ability to create a Custom Material PO form for BHK. | |
| Purchasing | Ability to issue a Bulk purchase order, then from that PO move production around between factories as needed. [1. Change the vendor] [2. Should be able to specify factories and change them on the PO] | |
| Purchasing | Ability to record and apply any debit transaction to the vendor and print a document for this purpose | A new report is needed to represent a debit memo when using the invoice journal method to create such a transaction. |
| Purchasing | Ability to link Material PO to the Style PO. | Soft link exists through Master Planning. Some customization required to meet full requirement. |
| Purchasing | Ability to have an Inter Location PO for Materials. | If inter-location is between companies can use intercompany function. If within companies is some customization is likely. |
| Purchasing | Ability to track changes made to a PO line. | Some standard functionality available with database logs or PO re-confirm functionality. Additional functionality required. |
| Purchasing | Ability to create a Custom AP Debit Memo – GHA. | |
| Sales | Ability to handle Range depletion | Configurable BOM functionality handles most of required functionality. Some customization will be required. |
| Sales | Ability to keep the allocation when depleting | |
| Sales | Ability to complete partial or selective depletion | |
| Sales | Ability to deplete at the level of configuration | |
| Sales | Ability to deplete at the level of size | |
| Sales | Ability to maintain allocation | |
| Sales | Ability to deplete from distro/multistore | |
| Sales | Ability to deplete from different orders | |
| Sales | Ability to perform PO change depletion | |
| Sales | Ability to track the original bulk order and deplete it by the confirmation orders when received to decide the quantity and destination stores. | Modification partially completed for demo. |
| Sales | Ability to maintain customer file with information such as: status, billing info, shipping stores, credit information, etc. | Additional fields required to hold information with no related functionality. |
| Sales | Ability to flag a sales order for factoring. | Minor modification required. |
| Sales | Ability to provide some customers a consolidated invoice per each distribution center. The process can consolidate on the order level, PC level or the store level. | Some customization may be required |
| Sales | Ability to create a Custom Order formatted to Capitell specifications. | |
| Sales | Ability to print a sales order formatted to Capitell specifications. | |
| Sales | Ability to have Deplete Sales Order update the Canceled Qty. | |
| Shipping | Ability to print the Currency code on BHK Invoice form | |
| Warehouse Mgmt. | Ability to print carton labels per customer, with two versions; bar-code and generic. | |

Project Requirements: Axapta Demo

11/15/2006

GMA Accessories, Inc.
245 Secaucus Road
Secaucus, NJ 07094

© 2005 GMA Accessories, Inc. - All rights reserved.
Project Requirements: Axapta Demo

# Functionality Highlighted in Yellow Demonstrated and Included as Part of Delivered System

Note: All others items will be evaluated as part of the implementation and solutions investigated with the Capelli team. Process change, Report development, or Customizations are each options for discussion.

## I. Set of Transactions

| Department/Process | Priority Count¹ | Feature |
|---|---|---|
| Product Design | A | 1 | Ability to keep track of the preproduction sample approval, fit approval, etc and approve to ship. |
| Product Development | A | 1 | Ability for a style to have different version under the same style# and color (configuration). Have a third level style, color and then version. |
| Development | A | 2 | Ability for a style to have categories and subcategories based on the need of each department. |
| Development | A | 3 | Ability to enter different information for a style depending on a specific department (for the sox we need to have needle count and weight; however in the flip flop we need to have height and material, etc) |
| Development | A | 4 | Ability to have all material linked to the style (fabric, material, etc) |

| Department | Process | Priority2 | Count | Feature |
| --- | --- | --- | --- | --- |
| Development | | A | 5 | Ability to have picture added to a style and ability to have the picture appear in the reports |
| Development | | A | 6 | Ability to link some external object to the style (linking mechanical artwork all object that have to do with the style) |
| Development | | A | 7 | Ability to have a color description or detail information since a many time we are using a generic names (green,combo,multi) which does not really give an idea of the color. By using the color detail we can add more detailed to the color. |
| Development | | A | 8 | Ability to create a UPC |
| All | | A | 9 | Ability to sort/search based on the pre-defined categories (able to see all fabric flip flop) |

| Department | Process | Priority2 | Count | Feature |
| --- | --- | --- | --- | --- |
| Product | Sourcing | A | 1 | Ability to have a system that helps in decision making, for example, what style we need to buy, what category is doing well base on each customer...etc |
| Development | | A | 10 | Ability to send kind of file to vendor, requesting information and once he fill in and send back we should be able to just export to our system without having to enter the information manually |

| Department | Process | Priority2 | Count | Feature |
| --- | --- | --- | --- | --- |
| Product | Purchasing | A | 1 | Ability for a style to have different cost information. The different cost information could be the cost that we have from different vendors, the high season and the low season prices... etc |
| Purchasing | | A | 2 | To see a purchase order from company 1 to China company become 1 sales order on that side and in turn they can do a purchase order in Chinese to their vendor. |
| Purchasing | | A | 3 | Ability to check if a price make sense based on a specific information |
| Purchasing | | A | 4 | Ability to generate PO from sales order and vise versa |
| Purchasing | | A | 5 | Ability to have a specific information in the purchase on a specific department |
| Purchasing | | A | 6 | Ability to maintain allocation |

² A = High, B = Medium, C = Low
11/15/2006    © 2005 GSA Accessories, Inc. – All rights reserved.
Project Requirements: Axapta Demo

11/15/2006

| Department | Process | Priority | Count | Feature |
|---|---|---|---|---|
| Product | Purchasing | A | 7 | Ability to have a check list that will guide you thru the different process before shipping the PO. Have a report able to give a recap what each PO is missing (po# xxx is missing packing and it's schedule to ship on x date, po# yyy missing ticket will be shipped on y date...etc) |
| | Purchasing | A | 8 | Bulk purchase order: How will we be able to write 1 PO, then from that PO move production around between factories as needed. (1. Change the vendor) (2. Should be able to specify factories and change them on the PO) |
| | Purchasing | A | 9 | How many different cost sheets can we have and can we select between them depending on the scenario |
| | Purchasing | A | 10 | Ability to run a report giving you all the price information for a specific style which will include all the vendor gave us and how the price is changing over the time |
| | Purchasing | A | 11 | Have a schedule, reminder and follow up on the PO. |
| | Production & Material Ctrl | A | 1 | Ability to have production capacity done with our factory each time we place a PO we will be increasing |
| | Production & Material Ctrl | A | 2 | Fabric & Packaging PO's: Do we have the ability to write these PO's and link to the finished goods PO. Maintain inventory based on the consumption of the raw material i.e the system should notify the user when the available material is not enough for production. |

© 2005 GMA Accessories, Inc. – All rights reserved.
Project Requirements: Axapta Demo

| Department | Process | Priority[3] | Count | Feature |
|---|---|---|---|---|
| Inventory Control | Sales | A | 1 | Ability to get the selling price giving if for a specific customer or for GMA. This will include all the material cost freight duty misc packaging and profit base on the customer. |
| | Sales | A | 2 | Batch changes |
| | Sales | A | 3 | Handle the same style inside and outside the pack without any problem on invoices or outgoing file |

| Department | Process | Priority | Count | Feature |
|---|---|---|---|---|
| Inventory Control | EDI | A | 1 | Bulk order sales order: We need to see a detailed example on processing a bulk order. Can we run a report if it's bulk or non bulk. Then when the confo comes in will it tell us which bulk or have the item and then when we deplete will the confo maintain a relation between them. We need to able to run a report of confirmed vs non confirmed orders |
| | EDI | A | 2 | Handle the retail price and the order instructions through EDI. |
| | EDI | A | 3 | Range pack depletion |
| | EDI | A | 4 | PO change depletion |
| | EDI | A | 5 | Depletion from the corporate bulk (case of May corp and the different divisions) |
| | EDI | A | 6 | Partial or selective depletion |
| | EDI | A | 7 | Keep the allocation when depleting |
| | EDI | A | 8 | Deplete at the level of configuration |
| | EDI | A | 9 | Deplete at the level of size |
| | EDI | A | 10 | Deplete from distro/multi-store |
| | EDI | A | 11 | Deplete from different orders |

[3] A = High, B = Medium, C = Low
11/15/2006

© 2005 GWA Accessories, Inc. - All rights reserved.
Project Requirements: Axapta Demo

| Department | Process | Priority(A) | Count | Feature |
|---|---|---|---|---|
| Inventory Control | Inventory Control | A | 1 | A report that generate an open to sell for a specific items including pictures, sell prices, customer del, the items can be define by user. list of different items a specific category...etc |
| Inventory Control | Inventory Control | A | 2 | A report for new bought including pictures, sell prices, customer del ...etc |
| Inventory Control | Inventory Control | A | 3 | Ability to work with Microsoft office export/import |
| Inventory Control | Inventory Control | A | 4 | Ability to handle the pre alert |
| Inventory Control | Inventory Control | A | 5 | One Upc for a pre pack of sizes |
| Inventory Control | Inventory Control | A | 6 | One Upc for the pre-pack of colors |
| Inventory Control | Inventory Control | A | 7 | Pack per style |
| Inventory Control | Inventory Control | A | 8 | Pack per carton |
| Inventory Control | Inventory Control | A | 9 | Pack of packs |
| Inventory Control | Inventory Control | A | 10 | Handle the upc and sku for the same style |
| Inventory Control | Inventory Control | A | 11 | Handle the pack versions |
| Inventory Control | Inventory Control | A | 12 | Upc/sku and the pack price |
| Inventory Control | Inventory Control | A | 13 | Upc/sku and the style price |
| Inventory Control | Inventory Control | A | 14 | Upc/sku linked to the pack of pack |

© 2005 G&A Accessories, Inc. – All rights reserved.
Project Requirements Axapte Demo

4 A = High, B = Medium, C = Low
11/15/2006

| Department | Process | Priority⁵ | Count # | Feature |
|---|---|---|---|---|
| Import & Traffic | All | A | 1 | Few styles from creation of the style, costing, shipment, receiving |
| | All | A | 2 | Use the same styles for Allocation, shipping from Whse i.e. EDI (3 scenarios: Wal-Mart, Target and Stock) |
| | Import | A | 3 | Create shipment |
| | Import | A | 4 | Create OTR report |
| | Import | A | 5 | Check "status" by various inquiries – PO, Style, Ref #, cntr #, entry # |
| | Import | A | 6 | Include key elements in PO including: ability to have different ship via's & ETD's by the item; ability to create a list by style - create a CHW/ASSIGN on PO at line which contains an abbreviated list for a item (not notes) |
| | Import | A | 7 | Upload PO data – selected fields – to nominated carrier |
| | Import | A | 8 | Ability to see status of the PO from the PO screen i.e. transaction in MRM |
| | Import | A | 9 | Keep track of est. cost v.s. actual landed cost |
| | Import | A | 10 | Estimated freight sheets |
| | Import | A | 11 | Duty Request |
| | Import | A | 12 | Ability to partial ship a po and be able to define the qty for a customer |

| Department Process | Priority | Count | Features |
|---|---|---|---|
| Receiving & WH Mgmt | A | 1 | Track Material PO's in same shipment as PO styles |
| Receiving & WH Mgmt | A | 2 | Receive by Container |
| Receiving & WH Mgmt | A | 3 | Receive in system BEFORE "PO" container finalized |
| Receiving & WH Mgmt | A | 4 | Receive 856 from Fwdr - Create Shipment & update PO's |
| Receiving & WH Mgmt | A | 5 | Ability to have fully updated inventory which give you most recent information. This inventory should have the ability to be organized in a specific way per department and per categories |
| Receiving & WH Mgmt | A | 6 | Ability to manage the qty in order to replenish any style that as ordered on time |
| Receiving & WH Mgmt | A | 7 | Ability to schedule all processes and follow up to make the del date |

A = High, B = Medium, C = Low

11/15/2006

© 2005 GxA Accessories, Inc. - All rights reserved.
Project Requirements: Axapta Demo

| Department | Process | Priority | Count | Feature |
|---|---|---|---|---|
| Accounting and Finance | Accounting | A | 1 | Gross Profit: Will the gross profit be per order or calculated based on average costs. |
|  | Accounting | A | 2 | Prepayment on Purchase orders: Can we make a payment on a PO and then when the invoice comes in for that PO, the system will show that the PO is paid so we don't pay again. |
| All |  | B | 3 | Will there be email integration connection between program and outlook? |
| All |  | A | 4 | Will we be able to do factor and non factor. How will that work. |
| All |  | B | 5 | How will we calculate the income of the company taking into account intercompany sales. Does the system do it automatically or we will have to calculate. |

A = High,  B = Medium,  C = Low
11/15/2006          © 2005 GMA Accessories, Inc. - All rights reserved.

Project Requirements: Axapta Demo