KAPLAN 's



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GMA ACCESSORIES, INC.

               Plaintiff,             **STIPULATION**

                             Civil Action No.:  07 CV 8414 (LAK)

      - against -

EPARTNERS, INC.

               Defendants.
--------------------------------------------------------X

     It is hereby stipulated and agreed that defendant ePartners, Inc. through their attorneys

Hermes Sargent Bates, LLP were served with the Summons and Complaint dated September 27,

2007 with Exhibits on October 1, 2007.

     The parties to this Stipulation agree that its execution shall not be deemed to constitute an

appearance before the Court by Defendant or on its behalf.


THE BOSTANY LAW FIRM              HERMES SARGENT BATES, LLP

ANDREW T. SWEENEY               ANTHONY LOWENBERG
ATTORNEYS FOR GMA ACCESSORIES     ATTORNEY FOR EPARTNERS
40 Wall St., 61st Floor                    901 Main Street, Suite 5200
New York, NY 10005                     Dallas, Texas 75202
Telephone: (212) 530-4400             Telephone: (214) 749-6564

619195
0356/00041

SO ORDERED:

U.S.D.J.

10/11/07

Returned to chambers for scanning on 10/17/07.

Scanned by chambers on _____.