THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GMA ACCESSORIES, INC.,                : **ECF CASE**
                                      :
                                      : No. 07 CV 8414 (LAK)
                       Plaintiff,     :
                                      : **NOTICE OF MOTION**
       - against -                    :
                                      :
EPARTNERS INC.                        :
                                      :
                       Defendant.     :
                                      :
------------------------------------------------------------- X

     PLEASE TAKE NOTICE THAT upon the accompanying Affirmation of Peter Brown, dated October 29, 2007, the exhibit annexed thereto, the accompanying Memorandum of Law in Support of ePartners Incorporated's Motion to Dismiss, and all of the prior pleadings and proceedings had herein, the undersigned will move this Court at a date and time to be determined for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Counts 2 through 6 of the Amended Complaint with prejudice.

PLEASE TAKE FURTHER NOTICE that pursuant to the Rules of the Honorable Lewis A. Kaplan, answering and reply papers, if any, are to be served within the time specified in S.D.N.Y. Civ. R. 6.1.

Dated: New York, New York
       October 29, 2007

                                        THELEN REID BROWN RAYSMAN &
                                        STEINER LLP

                                        By: _____/s/ Peter Brown_____
                                        Peter Brown
                                        Sheryl H. Altwerger

                                        875 Third Avenue
                                        New York, NY 10022
                                        (212) 603-2000

                                        Attorneys for Defendant ePartners
                                        Incorporated

*Of Counsel:*

Hermes Sargent Bates, LLP
Amy Davis Benavides
Anthony H. Lowenberg
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6000

NY #1203148 v1

2