THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GMA ACCESSORIES, INC.,                            : ECF CASE
                                                  :
                                                  : No. 07 CV 8414 (LAK)
                        Plaintiff,                :
                                                  : **DISCLOSURE STATEMENT**
        - against -                               : **PURSUANT TO FEDERAL**
                                                  : **RULE OF CIVIL**
EPARTNERS INC.                                    : **PROCEDURE RULE 7.1**
                        Defendant.                :
                                                  :
------------------------------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for ePartners Incorporated, certifies that the following identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock: ePartners Holding Corporation.

Dated: New York, New York  
       October 29, 2007

THELEN REID BROWN RAYSMAN &  
STEINER LLP

By: _____  
    Peter Brown  
    Sheryl H. Altwerger

875 Third Avenue  
New York, NY 10022  
(212) 603-2000

Attorneys for Defendant ePartners  
Incorporated

*Of Counsel:*

Hermes Sargent Bates, LLP  
Amy Davis Benavides  
Anthony H. Lowenberg  
901 Main Street, Suite 5200  
Dallas, Texas 75202  
(214) 749-6000

NY #1203147 v1