THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GMA ACCESSORIES, INC.,                : **ECF CASE**
                                      :
                                      : No. 07 CV 8414 (LAK)
                      Plaintiff,      :
                                      : **AFFIRMATION OF**
      - against -                     : **PETER BROWN**
                                      :
EPARTNERS INC.                        :
                      Defendant.      :
                                      :
------------------------------------------------------------ X

PETER BROWN, an attorney duly admitted to practice before the courts of the State of New York and this Court, hereby declares the following to be true and correct under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Thelen Reid Brown Raysman & Steiner LLP, counsel for Defendant ePartners Incorporated ("ePartners") in this action. I submit this affirmation in support of ePartners' motion to dismiss Counts 2 through 6 of the Amended Complaint in this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a cause of action.

2.  The purpose of this affirmation is solely to put before the Court copies of the Amended Complaint and other documents which form the basis of that part of the motion made pursuant to Fed. R. Civ. P. 12(b)(6).

3.  Annexed hereto as <u>Exhibit 1</u> is a copy of Plaintiff's Amended Complaint.

WHEREFORE, it is respectfully requested that this Court grant ePartners' motion to dismiss Counts 2 through 6 of Plaintiff's Amended Complaint with prejudice and grant ePartners such other relief as the Court deems just and proper.

Dated: New York, New York
October 29, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____
Peter Brown
Sheryl H. Altwerger

875 Third Avenue
New York, NY 10022
(212) 603-2000

Attorneys for Defendant ePartners Incorporated

*Of Counsel:*

Hermes Sargent Bates, LLP
Amy Davis Benavides
Anthony H. Lowenberg
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6000

NY #1203146 v1