# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007 I caused a true and correct copy of Defendant's Notice of Motion to Dismiss, Memorandum of Law in Support of Defendant's Motion to Dismiss, Affirmation of Peter Brown and Rule 7.1 Disclosure Statement, to be served via ECF and FedEx, on the following attorney at the address listed below:

Andrew T. Sweeney
Attorney for Plaintiff GMA Accessories, Inc.
40 Wall Street, 61st Floor
New York, NY 10005
212-530-4400


Dated: New York, NY
       October 29, 2007

Sheryl H. Altwerger