KAPLAN S,

NOV-02-2007 FRI 01:59 PM     BOSTANY LAW FIRM          FAX No. 212 530 4413          P. 002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
GMA ACCESSORIES, INC.

                    Plaintiff,                    **STIPULATION**

                                                  Civil Action No.: 07 CV 8414 (LAK)
    - against -

EPARTNERS, INC.

                    Defendants.
-------------------------------------X

It is hereby stipulated and agreed that:

1.      Plaintiff consents to the filing of an answer with respect to Count I of the
        amended complaint no later than November 2, 2007; and

2.      Defendant consents to service and filing of the papers in opposition to
        defendant's motion to dismiss all other counts no later than November 21,
        2007.

THE BOSTANY LAW FIRM                              THELEN REID BROWN
                                                  RAYSMAN & STEINER LLP

ANDREW T. SWEENEY                                 PETER BROWN
ATTORNEYS FOR GMA ACCESSORIES                     SHERYL H. ALTWERGER
40 Wall St., 61st Floor                           ATTORNEY FOR EPARTNERS
New York, NY 10005                                875 Third Avenue
Telephone: (212) 530-4400                         New York, NY 10022
                                                  Telephone: (212) 603-2000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

SO ORDERED:

_____
        U.S.D.J.

11/5/07