

KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
GMA ACCESSORIES, INC.,                            :  ECF CASE
                                                  :
                                                  :  No. 07 CV 8414 (LAK)
                              Plaintiff,          :
                                                  :  **STIPULATION**
        - against -                               :
                                                  :
EPARTNERS INC.                                    :
                              Defendant.          :
                                                  :
------------------------------------------------- X

It is hereby stipulated and agreed that Defendant consents to service and filing of the papers in response to Defendant's pending Motion to Dismiss no later than December 12, 2007.

It is hereby further stipulated and agreed that Plaintiff consents to service and filing of the papers in reply to Plaintiff's response to Defendant's pending Motion to Dismiss no later than December 28, 2007.

Dated: New York, New York
       November 21, 2007

THE BOSTANY LAW FIRM

_____
ANDREW T. SWEENEY
ATTORNEYS FOR GMA ACCESSORIES
40 Wall St., 61st Floor
New York, NY 10005
Telephone: (212) 530-4400

THELEN REID BROWN
RAYSMAN & STEINER LLP

_____
PETER BROWN
SHERYL H. ALTWERGER
ATTORNEYS FOR EPARTNERS
875 Third Avenue
New York, NY 10022
Telephone: (212) 603-2000

SO ORDERED:

_____
USDJ

11/28/07