**ORIGINAL**

THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

HERMES SARGENT BATES, LLP
Amy Davis Benavides *Pro Hac Vice* pending
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6564

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GMA ACCESSORIES, INC.,

                              Plaintiff,

- against -

EPARTNERS INC.

                              Defendant.
------------------------------------------------------------ X

**ECF CASE**

No. 07 CV 8414 (LAK)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Peter Brown, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Amy Davis Benavides of Hermes Sargent Bates LLP, 901 Main Street, Suite 5200, Dallas, Texas 75202. Ms. Benavides is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against Ms. Benavides in any State or Federal court.

Respectfully Submitted,

Dated: New York, New York
November 27, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____
Peter Brown

875 Third Avenue
New York, NY 10022
(212) 603-2000

Attorneys for Defendant ePartners Incorporated

*Of Counsel:*

Hermes Sargent Bates, LLP
Amy Davis Benavides
Anthony H. Lowenberg
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6000

2

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

October 29, 2007

RE:  **Ms. Amy Davis Benavides**
State Bar Number - **24007083**

To Whom it May Concern:

This is to certify that Ms. Amy Davis Benavides was licensed to practice law in Texas on November 06, 1998 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh

THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

HERMES SARGENT BATES, LLP
Amy Davis Benavides *Pro Hac Vice* pending
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6564

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

GMA ACCESSORIES, INC.,

                                               Plaintiff,

     - against -

EPARTNERS INC.

                                               Defendant.

--------------------------------------------------------- X

**ECF CASE**

No. 07 CV 8414 (LAK)

**AFFIDAVIT OF PETER BROWN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

     PETER BROWN, being duly sworn, hereby deposes and says as follows:

1.    I am a Partner at Thelen Reid Brown Raysman & Steiner LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this

statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Amy Davis Benavides as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the First Department in 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. Benavides since October 2007.

4. Ms. Benavides is a Partner at Hermes Sargent Bates, LLP, in Dallas, Texas.

5. I have found Ms. Benavides to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Amy Davis Benavides, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Amy Davis Benavides, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Amy Davis Benavides, pro hac vice, to represent Defendant in the above captioned matter, be granted.

_____
Peter Brown

Sworn to before me this
27th day of November 2007

_____
Notary Public

MAXINE V. LOTHIAN
Notary Public State of New York
No. 03-4989952
Qualified in Bronx County
Certificate Filed in New York County
Commission Expire Dec. 23, 2015

THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

HERMES SARGENT BATES, LLP
Amy Davis Benavides *Pro Hac Vice* pending
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6564

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GMA ACCESSORIES, INC.,

           Plaintiff,

  - against -

EPARTNERS INC.

           Defendant.
------------------------------------------------------------ X

**ECF CASE**

No. 07 CV 8414 (LAK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the written motion of Peter Brown, attorney for Defendant ePartners Incorporated, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

  Applicant's Name:  Amy Davis Benavides

| | |
|---|---|
| Firm Name: | Hermes Sargent Bates, LLP |
| Address: | 901 Main Street, Suite 5200<br>Dallas, Texas 75202 |
| Telephone: | 214-749-6000 |
| Email: | amy.benavides@hsblaw.com |

is admitted to practice pro hac vice as counsel for Defendant ePartners Inc. in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
       November 27, 2007

 

_____
United States District Judge

1217544

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, I served a true and correct copy of the Motion to Admit Counsel Pro Hac Vice, Affidavit of Peter Brown in Support of Motion to Admit Counsel Pro Hac Vice, and Order for Admission Pro Hac Vice on Written Motion, by First Class Mail, addressed to the following counsel of record for Plaintiff:

Andrew T. Sweeney
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005


Dated: November 27, 2007

_____
Maxine Lothian


1217549