**MEMO ENDORSED**   ORIGINAL

SCANNED

THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

HERMES SARGENT BATES, LLP
Amy Davis Benavides *Pro Hac Vice* pending
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6564

Attorneys for Defendant ePartners Incorporated

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GMA ACCESSORIES, INC.,

                         Plaintiff,

    - against -

EPARTNERS INC.

                         Defendant.
-------------------------------------------------------- X

ECF CASE

No. 07 CV 8414 (LAK)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Peter Brown, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Amy Davis Benavides of Hermes Sargent Bates LLP, 901 Main Street, Suite 5200, Dallas, Texas 75202. Ms. Benavides is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against Ms. Benavides in any State or Federal court.

Respectfully Submitted,

Dated: New York, New York
November 27, 2007

THELEN REID BROWN RAYSMAN &
STEINER LLP

By: /s/ Peter Brown
Peter Brown

875 Third Avenue
New York, NY 10022
(212) 603-2000

Attorneys for Defendant ePartners
Incorporated

*Of Counsel:*

Hermes Sargent Bates, LLP
Amy Davis Benavides
Anthony H. Lowenberg
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6000