THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

HERMES SARGENT BATES, LLP
Amy Davis Benavides *Pro Hac Vice* pending
Anthony H. Lowenberg *Pro Hac Vice* pending
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6564

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GMA ACCESSORIES, INC.,                              :
                                                    :   ECF CASE
                                                    :
                                    Plaintiff,      :   No. 07 CV 8414 (LAK)
                                                    :
                                                    :   **MOTION TO ADMIT COUNSEL**
                                                    :   **PRO HAC VICE**
            - against -                             :
                                                    :
                                                    :
                                                    :
                                                    :
EPARTNERS INC.                                      :
                                                    :
                                    Defendant.      :
-------------------------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern District of New York, I, Peter Brown, a member in good standing of the

bar of this Court, hereby move for an Order allowing the admission pro hac vice of Anthony H.

Lowenberg of Hermes Sargent Bates LLP, 901 Main Street, Suite 5200, Dallas, Texas 75202.

Mr. Lowenberg is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against Mr. Lowenberg in any State or Federal court.

Respectfully Submitted,

Dated: New York, New York
December 5, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____
Peter Brown

875 Third Avenue
New York, NY 10022
(212) 603-2000

Attorneys for Defendant ePartners Incorporated

*Of Counsel:*

Hermes Sargent Bates, LLP
Amy Davis Benavides
Anthony H. Lowenberg
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6000

1221050

2

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

November 20, 2007

Re:  Anthony Harris Lowenberg, State Bar Number 24039024

To Whom It May Concern:

This is to certify that Mr. Anthony Harris Lowenberg was licensed to practice law in Texas on May 5, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Lowenberg's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

HERMES SARGENT BATES, LLP
Amy Davis Benavides *Pro Hac Vice* pending
Anthony H. Lowenberg *Pro Hac Vice* pending
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6564

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GMA ACCESSORIES, INC.,                                         :
                                                               :  **ECF CASE**
                                                               :
                                            Plaintiff,         :  No. 07 CV 8414 (LAK)
                                                               :
                                                               :  **AFFIDAVIT OF PETER BROWN IN**
                                                               :  **SUPPORT OF MOTION TO**
            - against -                                        :  **ADMIT COUNSEL PRO HAC VICE**
                                                               :
                                                               :
                                                               :
EPARTNERS INC.                                                 :
                                                               :
                                            Defendant.         :
-------------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    PETER BROWN, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Thelen Reid Brown Raysman & Steiner LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Anthony H. Lowenberg as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the First Department in 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Lowenberg since October 2007.

4. Mr. Lowenberg is an associate at Hermes Sargent Bates, LLP, in Dallas, Texas.

5. I have found Mr. Lowenberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Anthony H. Lowenberg, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Anthony H. Lowenberg, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Anthony H. Lowenberg, pro hac vice, to represent Defendant in the above captioned matter, be granted.

_____
Peter Brown

Sworn to before me this
5th day of December 2007

_____
Notary Public

MAXINE V. LOTHIAN
Notary Public State of New York
No. 03-4989952
Qualified in Bronx County
Certificate Filed in New York County
Commission Expire Dec. 23, _____

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I served a true and correct copy of the Motion to Admit Counsel Pro Hac Vice, Affidavit of Peter Brown in Support of Motion to Admit Counsel Pro Hac Vice, and Order for Admission Pro Hac Vice on Written Motion, by First Class Mail, addressed to the following counsel of record for Plaintiff:

Andrew T. Sweeney
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005

Dated: December 5, 2007

_____
Maxine Lothian

1217549

THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000

HERMES SARGENT BATES, LLP
Amy Davis Benavides *Pro Hac Vice* pending
Anthony H. Lowenberg *Pro Hac Vice* pending
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6564

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GMA ACCESSORIES, INC.,

                                      Plaintiff,

- against -

EPARTNERS INC.

                                      Defendant.
-------------------------------------------------------------- X

**ECF CASE**

No. 07 CV 8414 (LAK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the written motion of Peter Brown, attorney for Defendant ePartners Incorporated, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

    Applicant's Name:   Anthony H. Lowenberg

| | |
|---|---|
| Firm Name: | Hermes Sargent Bates, LLP |
| Address: | 901 Main Street, Suite 5200<br>Dallas, Texas 75202 |
| Telephone: | 214-749-6000 |
| Email: | anthony.lowenberg@hsblaw.com |

is admitted to practice pro hac vice as counsel for Defendant ePartners Inc. in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
       December 5, 2007

_____
United States District Judge

1221065

2