UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.,

        Plaintiff,

                                            Civil Action No.: 07 CV 8414 (LAK)

  - against -

EPARTNERS, INC.,

        Defendant.
-----------------------------------------------------X

I respectfully submit an appearance in this case as additional counsel for the Plaintiff.

Dated: New York, New York
         December 11, 2007

By: _____
John P. Bostany (JB 1986)
THE BOSTANY LAW FIRM
Attorneys for Plaintiff
40 Wall Street
New York, New York 10005