## Dana Melis

**From:** Eric Forgo
**Sent:** Thursday, March 17, 2005 9:34 AM
**To:** Michael Znachko
**Subject:** RE: Capelli

Thanks. Still negotiating.

*Eric Forgo*
Regional VP of Prof. Services, North East
ePartners, Inc.
P (978) 206-2256
F (978) 266-8976
eforgo@epartnersolutions.com
www.epartnersolutions.com

---

**From:** Michael Znachko
**Sent:** Wednesday, March 16, 2005 5:03 PM
**To:** Eric Forgo
**Cc:** Michael Znachko
**Subject:** RE: Capelli

Did ya'll get to home plate--is the deal done? Thinking of ya'll......z

---

**From:** Michael Znachko
**Sent:** Wed 3/16/2005 1:56 PM
**To:** Eric Forgo
**Subject:** RE: Capelli


Ya'll get that thing closed......get to home plate.....best....z

-----Original Message-----
From: Eric Forgo
Sent: Wednesday, March 16, 2005 1:08 PM
To: Michael Znachko
Subject: RE: Capelli

... And we are now in a run down between third and home.

Eric Forgo
Regional VP of Prof. Services, North East
ePartners, Inc.
P (978) 206-2256
F (978) 266-8976
eforgo@epartnersolutions.com
www.epartnersolutions.com

9/7/2007

-----Original Message-----
From: Michael Znachko
Sent: Wednesday, March 16, 2005 9:06 AM
To: Eric Forgo
Subject: Re: Capelli

Praise the Lord....
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Eric Forgo <EForgo@epartnersolutions.com>
To: Michael Znachko <mznachko@epartnersolutions.com>
Sent: Wed Mar 16 08:03:31 2005
Subject: RE: Capelli

We hit a triple and are rounding third to see if we can slide at home.

Eric Forgo
Regional VP of Prof. Services, North East
ePartners, Inc.
P (978) 206-2256
F (978) 266-8976
eforgo@epartnersolutions.com
www.epartnersolutions.com

-----Original Message-----
From: Michael Znachko
Sent: Wednesday, March 16, 2005 8:43 AM
To: Ken Eldridge; Eric Forgo
Subject: Re: Capelli

Amen....thank goodness
--------------------------
Sent from my BlackBerry Wireless Handheld



-----Original Message-----
From: Ken Eldridge <KEldridge@epartnersolutions.com>
To: Michael Znachko <mznachko@epartnersolutions.com>; Eric Forgo <EForgo@epartnersolutions.com>
Sent: Wed Mar 16 07:40:36 2005
Subject: RE: Capelli

Very well but we will be able to tell you more after we meet with them this morning to negotiate contracts / pricing.

_____

From: Michael Znachko

9/7/2007

Sent: Wednesday, March 16, 2005 8:33 AM
To: Ken Eldridge; Eric Forgo
Cc: Michael Znachko
Subject: Capelli

Ken, Eric, thinking about you.  How did the Capelli mtg go?

Best,

z

Michael J. Znachko

National Director, Enterprise Accounts

(o) 601.856.2122 ext. 7656

(c) 601.212.3352


Success is in the partners you choose.®

www.epartnersolutions.com