THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
Sheryl H. Altwerger
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
GMA ACCESSORIES, INC.,                   : ECF CASE
                                         :
                                         : No. 07 CV 8414 (LAK)
                    Plaintiff,           :
                                         :
    - against -                          :
                                         :
EPARTNERS, INC.                          :
                                         :
                    Defendant.           :
                                         :
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

Dayle B. Licht, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 and resides in the County of Queens, City and State of New York.

That on January 17, 2008, deponent caused to be served a true copy of **Defendant's Request for the Production of Documents,** by hand delivery of the same, upon the following:

> Andrew T. Sweeney, Esq.
> The Bostany Law Firm
> 40 Wall Street, 61st Floor,
> New York, NY 10005

Dayle B. Licht

Sworn to before me this
17th day of January, 2008

Notary Public

Judith V. Lopez
Notary Public, State of New York
No. 01LO6064772
Qualified in Queens County
Commission Expires: 10/01/2009

NY #8142 v2