3 3 08GMA

1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    --------------------------------------------- X

4    GMA ACCESSORIES, INC.

5                          Plaintiff,          Civil Action No.

6                                              07CIV8414(LAK)

7    EPARTNERS, INC.,

8                          Defendant.

9    --------------------------------------------- X

10

11

12           EXAMINATION BEFORE TRIAL of JEFFREY PLOSHNICK,

13    a witness called by the Plaintiff, pursuant to Subpoena,

14    held at The Bostany Law Firm, 40 Wall Street, New York,

15    New York, on March 3, 2008, at 10:00 a.m., before a

16    Notary Public of the State of New York.

17

18

19

20    *****************************************************************

21           BARRISTER REPORTING SERVICE, INC.

22                  120 Broadway

23               New York, NY  10271

24                  212-732-8066

25

2

1

2    A P P E A R A N C E S :

3 3 08GMA

3

4          THE BOSTANY LAW FIRM
                Attorneys for Plaintiff
5               40 Wall Street
                New York, New York   10005

6

7          BY:   JOHN BOSTANY, ESQ.

8

9          THELEN REID BROWN RAYSMAN & STEINER, LLP
                Attorneys for Defendant
10              875 Third Avenue
                New York, New York   10027

11

12         BY:   PETER BROWN, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        3

                        J. Ploshnick

1     J E F F R E Y    P L O S H N I C K, after stating his

2                residence as 67 West Valley View Drive,

3                Morristown, New Jersey 07960, was duly

4                sworn and testified as follows:

5     EXAMINATION BY

6     MR. BOSTANY:

7          Q    Mr. Ploshnick my name is John Bostany.  I
                        Page 2

3 3 08GMA

8    represent the Plaintiff GMA Accessories in a case

9    that was filed in federal court against Defendant

10   EPartners.

11                    Are you represented by an attorney?

12   A    I do have Counsel, but not for this.

13   Q    You very personal counsel for other

14   things?

15   A    Yes.

16   Q    Who is that?

17   A    His name is Lawrence Ross of Brussler,

18   Amler & Ross (phonetic).

19   Q    Do you want an opportunity to adjourn

20   today's proceedings?

21   A    No, I am ready to go.

22   Q    Just for the record, I noticed the

23   attorneys for the Defendant, both the New York

24   attorneys and the Texas attorneys for the Defendant

25   some time ago as well as filed a subpoena and the

4

J. Ploshnick

1    docket sheet with the clerk of the Southern

2    District.  We attempted to obtain confirmation

3    whether they would be coming and have been

4    unsuccessful, and they are not here and have not

5    replied to us in that regard.

6                    Now if you don't understand a

7    question Mr. Ploshnick, please feel free to ask me

8    to rephrase the question.  If you would like to take

9    a break at any time, feel free to do that.  If you

10   would like to stop the deposition at any time to

11   consult counsel, we can talk about that.  I think

Page 3

3 3 08GMA

12    you have a right to do that, I have to look at the

13    rules.

14        A    My Counsel did tell me he'd like me to do

15    that, if that should happen.

16        Q    Okay, I think I can accommodate that.  Let

17    me ask you this, are you currently employed?

18        A    I currently have a job, not with

19    EPartners.

20        Q    Where are you employed?

21        A    I own a small company, it's called Cross

22    Road Partner, 11 Penn Plaza and there are offices in

23    Waltham Massachusetts, Stamford Connecticut, North

24    Carolina and Mississippi.

25        Q    What kind of a company is that?

                                                    5

                      J. Ploshnick

1        A    It's a business consulting firm.

2        Q    Now were you contacted by the attorneys

3    for the Defendant?

4        A    Yes.

5        Q    Who contacted you?

6        A    Anthony Lowenberg.

7        Q    And was that after you were served with

8    the subpoena?

9        A    Yes.

10        Q    Anyone else?

11        A    No.

12            MR. BOSTANY:  Off the record.

13            (Whereupon, there was a pause in the

14        proceedings.)

15            Mr. Brown has just arrived.

16            MR. BROWN:  Good morning.

                      Page 4

3 3 08GMA

17     MR. BOSTANY:  Mr. Brown, we just asked a

18     couple of questions regarding Mr. Ploshnick's

19     background.

20     MR. BROWN:  Let the record reflect that

21     the deposition was started without me.

22     Can we begin with some examination, first

23     of all, do you have Counsel here today?

24     THE WITNESS:  No.

25     MR. BROWN:  Did Anthony Lowenberg contact

6

J. Ploshnick

1     you to tell you we were going to represent you?

2     THE WITNESS:  No, he didn't contact me nor

3     would I want any EPartner representation.

4     MR. BROWN:  Are you here without counsel?

5     THE WITNESS:  Absolutely.

6     MR. BROWN:  I'd like to warn you we are

7     about to call the Court, because we feel this

8     should be terminated at this point.  You may

9     have to come back again, do you understand

10    that?

11    THE WITNESS:  I understand what you are

12    saying.

13    MR. BROWN:  Have you been contacted by

14    Plaintiff's counsel several times?

15    THE WITNESS:  No.

16    MR. BROWN:  How many times have you spoken

17    to them?

18    THE WITNESS:  Just to confirm, twice.

19    MR. BOSTANY:  You didn't speak to me ever.

20    THE WITNESS:  No, not to you.  I spoke to

Page 5

3 3 08GMA

21  confirm that I'd be here this morning.

22      MR. BOSTANY:  Mr. Brown, I don't

23  appreciate you slamming things on the table and

24  I don't appreciate you standing and hovering

25  over the witness in a threatening manner.

7

J. Ploshnick

1  Please sit down, please sit down.  This is a

2  civilized room, this is a civilized proceeding.

3  Do not stand over the witness in an

4  intimidating manner.

5      MR. BROWN:  I am not intimidating the

6  witness.

7      MR. BOSTANY:  Please sit down, please sit

8  down, Mr. Brown.  I understand you are upset

9  that the witness declined your representation,

10  but you are not permitted to intimidate the

11  witness.  Please move away from witness, you

12  are right on top of him, Mr. Brown.

13      Mr. Ploshnick --

14      MR. BROWN:  I have notified the Court

15  based upon a letter sent to the Court today

16  that we are contacting Judge Kaplan, and we

17  will now call Judge Kaplan chambers.  I am

18  calling this deposition to a halt until we

19  speak to Judge --

20      MR. BOSTANY:  Sir, you have had notice of

21  this deposition for weeks.  The fact that you

22  attempted to reach the Judge this morning, or

23  last night, which was Sunday, is irrelevant.

24  Judge Kaplan does not work on Sunday as far as

25  I know and I doubt very much that you had an

Page 6

3 3 08GMA

8

J. Ploshnick

1    ex-parte conversation with Judge Kaplan last
2    night.
3        Is that your representation, sir, that you
4    spoke to Judge Kaplan last night?
5        MR. BROWN:  We submitted written notice to
6    the Court that we were going contact him and we
7    submitted second notice to the Court and we
8    have been in touch with chambers this morning
9    through my associate and he is expecting our
10   call.
11       MR. BOSTANY:  Judge Kaplan does not work
12   Sunday nights and I doubt very much he is
13   interested in receiving emergency letters on
14   proceedings that you had notice of and I don't
15   think it's proper practice, sir, for you to
16   show up in the middle of a deposition --
17       MR. BROWN:  No, it's the start of the
18   deposition, you started without my presence.
19       MR. BOSTANY:  You didn't tell us you were
20   coming and the deposition was scheduled to
21   proceed 30 minutes ago and you didn't arrive,
22   you didn't show up, you didn't answer our calls
23   to confirm.  You completely ignored and acted
24   as if Rule 45 didn't apply to you, Mr. Brown.
25       MR. BROWN:  That is absolutely false.

9

J. Ploshnick

1        MR. BOSTANY:  You didn't show up, you
2    didn't answer our calls, and you didn't show up

3 3 08GMA

3    on time.

4        MR. BROWN:  We notified you in writing

5    about appearing.

6        MR. BOSTANY:  Let's do this, let's

7    accommodate Mr. Brown's emergency request to

8    call Judge Kaplan.

9        (Whereupon, a telephone call was placed to

10    the chambers of the Judge Kaplan).

11        THE DEPUTY CLERK:  Hello.

12        MR. BROWN:  This is Peter Brown calling.

13    I submitted a letter to Judge Kaplan today with

14    respect to a deposition which is currently --

15    which we are sitting at right now.  There is a

16    significant dispute over whether this

17    deposition should, in fact, go forward and we

18    ask the Court's intervention.

19        THE DEPUTY CLERK:  How did you send the

20    letter?

21        MR. BROWN:  It was sent by fax and also by

22    ECF.

23        MR. BOSTANY:  Andrew, this is John

24    Bostany --

25        THE DEPUTY CLERK:  Hold on.

10

J. Ploshnick

1        MR. BOSTANY:  We just got caught off.

2        (Whereupon, a second phone call was placed

3    to the chambers of Judge Kaplan.)

4        Hello, it's John Bostany.

5        THE DEPUTY CLERK:  What is the Plaintiff's

6    name?

7        MR. BROWN:  GMA Accessories against

3 3 08GMA

```
8      EPartners, docket number --
9           THE DEPUTY CLERK:  Hold on one second.  I
10     don't write that fast.  Docket Number?
11          MR. BOSTANY:  07Civ8414.
12          THE DEPUTY CLERK:  For plaintiff is?
13          MR. BOSTANY:  John Bostany, the Bostany
14     law firm.
15          THE DEPUTY CLERK:  And for the Defendant?
16          MR. BROWN:  Peter Brown, Thelen, Reid
17     Brown, Raysman and Steiner.
18          THE DEPUTY CLERK:  Counsel, hold on one
19     second, the Judge is going to pick up.
20          THE COURT:  Hello.
21          MR. BROWN:  Hello, Judge Kaplan this is
22     Peter Brown and John Bostany.
23          THE COURT:  Good morning, I've read
24     Mr. Brown's letter, for future reference, no
25     electronic filing of letters folks, but I read
```

11

J. Ploshnick

```
1      the one you faxed in this morning.
2           MR. BROWN:  Thank you, your Honor.
3           THE COURT:  Mr. Bostany, what excuse could
4      there have been for going forward with this?
5           MR. BOSTANY:  This is a deposition that we
6      noticed several weeks ago, I think three or
7      four week ago.  We filed the proof of service
8      on the clerk docket sheet about three weeks
9      ago.  We informed the Defendant's attorneys
10     that this was noticed for today and the witness
11     was available.
```

Page 9

3 3 08GMA

```
12          The attorneys for the Defendant objected

13     indicating that they would not produce the

14     witness and that they were representing the

15     witness.  The witness called here and indicated

16     that the Defendant's attorneys were not

17     representing him and that he did not want the

18     subpoenaed deposition postponed or cancelled,

19     so we attempted to proceed -- we proceeded.  We

20     have the court reporter here, the witness

21     showed up and said to Mr. Brown in the face of

22     his pointed questioning that Mr. Brown was not

23     his attorney.  Mr. Brown slammed his notebook

24     on the table and said hasn't my firm contacted

25     you and notified you that we are going to be
```

12

J. Ploshnick

```
1     representing you and Mr. Ploshnick, the

2     witness, said yes, I was contacted, but I

3     indicated that I don't want your firm to

4     represent me and I would like to proceed with

5     the questioning, and this is -- it's done

6     pursuant to the rules, we have done everything

7     correct.

8          There was a previous deposition that we

9     had scheduled in Connecticut that issued out of

10     the District of Connecticut that is subject of

11     another application that was sent in by mail to

12     Your Honor on Friday, Judge.  It doesn't have

13     to be addressed today, but that was pertaining

14     to a subpoena deposition that the Defendant's

15     attorneys were successful in cancelling.  It

16     was scheduled to take place in early February,
```

3 3 08GMA

17   it was noticed in early January and the

18   Defendant's attorney said --

19        THE COURT:  Mr. Bostany if we not dealing

20   with it today, why do we have take time with

21   this?

22        MR. BOSTANY:  Okay, that's correct Judge,

23   so that's where we are.

24        THE COURT:  When did you notice this

25   deposition?

                                                    13

                    J. Ploshnick

1        MR. BOSTANY:  This deposition was noticed

2    in early February.  I don't the exact date

3    here, but the Affidavit of Service is -- it's

4    the most recently filed -- I guess the second

5    most recently filed document on the docket

6    sheet at this point.

7        THE COURT:  I see that, so February 15.

8        MR. BOSTANY:  That's when it was filed, I

9    think it was noticed the week before that.

10        THE COURT:  Were you notified by the

11   Defendant that their counsel couldn't be

12   present?

13        MR. BOSTANY:  No, I was notified that they

14   did not want to produce the witness that day.

15   Mr. Brown never contacted us nor anyone from

16   his firm.

17        THE COURT:  Mr. Bostany, you are telling

18   me as an officer of the court that to this day,

19   you were never told that this was not a

20   convenient day for defense counsel?

                    Page 11

3 3 08GMA

21        MR. BOSTANY:  Judge, I don't know --

22        THE COURT:  That's a yes or no

23    Mr. Bostany.

24        MR. BOSTANY:  It's possible that a letter

25    came in indicating that, I not am going to say

                                                        14

                        J. Ploshnick

1     that it didn't.  I wasn't the person handling

2     the incoming mail, only the critical things

3     were brought to me and so I don't want to

4     certify as an officer of the court that there

5     is not a letter that one of my associates might

6     have received that said that the Defendant's

7     attorneys thought this day was inconvenient.  I

8     am afraid to do that, Judge.

9         THE COURT:  All right, Mr. Brown?

10        MR. BROWN:  We received this notice of

11    deposition, we did in fact contact the witness,

12    there does seem to be some dispute as to

13    whether or not he consented to have us appear,

14    but in any event the critical issue is that

15    although we are local counsel, the main defense

16    counsel is based in Texas.

17        We sent written notice that Counsel could

18    not appear from Texas on this date.  We asked

19    for new dates and none were given and really,

20    totally by accident, we found out on Friday

21    evening that this deposition, despite our

22    written notice was going forward today and the

23    Texas Counsel, who really are counsel for the

24    company in this matter, and would know the

25    facts -- I am literally appearing here with
                        Page 12

3 3 08GMA

J. Ploshnick

1    just a blank pad, are not present, and we told
2    them, we were not going to be present.
3         THE COURT:  When did you tell them and
4    how?
5         MR. BROWN:  It was by letter because I
6    rushed down here.  We sent a written notice, I
7    believe within one week after the receipt of
8    the Notice of Deposition that asked that it be
9    rescheduled to a convenient date.
10        MR. BOSTANY:  Your Honor, the only notice
11   that I am aware of that came regarding that was
12   on Friday evening after we all had left for the
13   day and it was just brought to our attention
14   this morning.
15        THE COURT:  Mr. Bostany, you are now
16   changing your story.  Five minutes ago you told
17   me that you couldn't tell me whether your
18   office had received a letter saying this was
19   not a convenient day.  Now you want me to
20   believe otherwise.
21        MR. BOSTANY:  I didn't want to certify --
22   look if Mr. Brown is certifying that he did
23   send us that notice a week ago.
24        THE COURT:  No, he said he sent it a week
25   after the Notice of Deposition was served.

16

J. Ploshnick

1         MR. BOSTANY:  I think he said it might
2    have been sent, I am not sure that he is sure

3 3 08GMA

3    of that either.

4        MR. BROWN:  We are putting together some

5    motion papers right now, Your Honor,

6    unfortunately this is last minute.

7        THE COURT:  Mr. Brown, I will ask you the

8    same question, are you telling me as an officer

9    of the court that a letter was sent?

10        MR. BROWN:  Yes.

11        THE COURT:  And it was sent when?

12        MR. BROWN:  I believe it was within the

13    week or ten days immediately after receipt of

14    the Notice of Deposition.

15        THE WITNESS:  All right, the deposition is

16    not going forward today.  Gentlemen, work out a

17    mutually convenient day.

18        MR. BOSTANY:  Your Honor, since the

19    witness is here and Mr. Brown is not

20    representing him and Mr. Brown is here, and I

21    am going to be asking the questions, and the

22    witness is going to be answering them, I think

23    that the witness should be heard from since he

24    is not represented by counsel as to how

25    convenient it is for him to come back for

                                                    17

J. Ploshnick

1    apparently no reason, because I don't see

2    how --

3        THE COURT:  There is reason, the reason

4    is, Mr. Bostany, that your office ignored a

5    letter from your adversary and didn't act in a

6    way that counsel is supposed to act with

7    respect to one another.  Your office was

3 3 08GMA

8      inconsiderate and cavalier.

9           MR. BOSTANY:  The letter came in that I am

10     aware of, I found out about this morning, it

11     came in Friday night --

12          THE COURT:  We are not doing this all over

13     again.  Mr. Brown has told me within a week or

14     ten days after you noticed the deposition in

15     February his office wrote and told you that it

16     was not a convenient date and asked you for

17     dates to reschedule it.  I asked you whether

18     you were denying receipt of such a letter and

19     you said no, because you couldn't speak for

20     your associate who may have received it.  As

21     far as I am concerned, it was sent.

22          MR. BOSTANY:  I just had a couple of

23     seconds to look through the file and the only

24     notice was the one that came in on Friday night

25     that I got this morning.  I am sorry I couldn't

                                                            18

                          J. Ploshnick

1      certify when you had asked Judge, but I had not

2      thoroughly looked at the file and now I have.

3      There was only one notice, Judge, and I

4      apologize I didn't give you this answer

5      earlier, and that it came in late Friday night

6      and I got it this morning after the witness had

7      already come, and I am sorry I didn't answer

8      that question earlier, Judge, but that's the

9      only notice that was sent and I think it would

10     be unfair, Judge, and you are fair to all

11     parties in every case that I have had, and I

                          Page 15

3 3 08GMA

```
12   just think it would be unfair to require this
13   witness who is not represented and took off
14   from work today to come back when Mr. Brown is
15   here.
16        THE COURT:  Mr. Bostany would you like --
17   where are you physically now?
18        MR. BOSTANY:  I am in my office right
19   downtown.
20        THE COURT:  And Mr. Brown, where are you?
21        MR. BROWN:  At his office as well.
22        THE COURT:  And where are your respective
23   files and associates?
24        MR. BROWN:  Mine is midtown on 52nd
25   Street.
```

19

J. Ploshnick

```
1        THE COURT:  Would you like to come down to
2    Court at 12:00 and we will have a hearing with
3    witnesses on what was sent and when it was
4    received?  I am prepared to do that.
5        MR. BROWN:  I really think it is a waste
6    of Your Honor's time.
7        THE COURT:  I do to, but I am going to
8    give Mr. Bostany, if he wants it, his
9    opportunity.  We can do a little put up or shut
10   up Mr. Bostany, and that applies to both of
11   you.
12        MR. BOSTANY:  And if it turns out that the
13   only notice was Friday night and it was
14   received this morning, then we can go forward
15   with today's deposition?
16        THE COURT:  We will see, but at least I
```

3 3 08GMA

17    will be better informed.

18        MR. BOSTANY:  Okay, then I accept that and

19    what should we do with Mr. Ploshnick?

20        THE COURT:  Send him out for coffee, do

21    what you want.  I am sorry he is being

22    inconvenienced, but it certainly isn't my

23    fault.

24        MR. BOSTANY:  Absolutely not, Judge.

25        MR. BROWN:  Your Honor, we will be at your

20

J. Ploshnick

1    chambers at noon.

2        THE COURT:  Can you get whatever you need

3    by noon?

4        MR. BROWN:  I certainly will make every

5    effort, Your Honor.

6        THE WITNESS:  Okay, and if this turns out

7    to be unnecessary, whoever caused it is going

8    to pay for it, just so we are clear.

9        MR. BROWN:  Thank you, Your Honor.

10        MR. BOSTANY:  Thank you, Judge.

11        MR. BROWN:  Do you understand what

12    happened?

13        THE WITNESS:  I will listen to Mr. Bostany

14    right now, because again your whole approach

15    and attitude is a little aggressive, so I'd

16    rather not start that with you.

17        So what is the deal, basically?

18        MR. BOSTANY:  Mr. Brown asked the Judge to

19    postpone today, indicating that he did not have

20    adequate opportunity -- or indicating that he

Page 17

3 3 08GMA

21  wanted actually another date and that he sent

22  us notice of that some time ago and the Judge

23  sympathized with that and indicated that if the

24  notice to postpone was sent, in fact, a while

25  ago that we should have accommodated the

21

J. Ploshnick

1  attorneys for the Defendant.

2      My file shows that the only notice we got

3  was sent Friday evening, late Friday after I

4  left.  I left approximately 3:00 on Friday, so

5  the thing is that Judge Kaplan wants to know

6  who is telling the truth here.  Is Mr. Brown

7  telling the truth that his letter was sent a

8  long time ago or was the letter sent on Friday.

9      THE WITNESS:  Okay.

10     MR. BOSTANY:  Because Judge Kaplan doesn't

11  have the letters in front of him, he is asking

12  the attorneys to obtain their letters and bring

13  them to the Court at 12:00 noon so he can see

14  for himself what the story is.

15     THE WITNESS:  And if that should prove to

16  be either true or false regardless of the

17  outcome, let's say it proves the fact that

18  there was no letter produced, would the:

19  deposition being happening after that?

20     MR. BOSTANY:  I asked him that question as

21  you heard, he said -- the Judge said we will

22  see at 12:00 noon and that will determine what

23  we do with the deposition.

24     THE WITNESS:  So I am stuck for the day

25  basically.

Page 18

3 3 08GMA

22

J. Ploshnick

1        MR. BOSTANY:  Well, you are invited to
2    attend this 12:00 noon appearance.
3        THE WITNESS:  There is no need for me to
4    be there.
5        MR. BOSTANY:  So that's it, sorry about
6    that.
7        (Whereupon, there was a brief pause in the
8    deposition.)
9        Mr. Ploshnick was on his way out of the
10    office and blurted out he is only available in
11    the next 8 weeks, and when is that?
12        (Continued on next page.)
13
14
15
16
17
18
19
20
21
22
23
24
25

23

J. Ploshnick

1        THE WITNESS:  Monday, the 10th of March
2    and after that it's going to be the week of

```
                              3 3 08GMA
3        June 16th.

4             MR. BOSTANY:  Thank you.

5                  (Time Noted:  11:00 p.m.)

6

7

8                       _____

9                         Jeffrey Ploshnick

10    Subscribed and Sworn to before me

11    the    day of           2008

12

13

14    _____

15    Notary Public

16

17

18

19

20

21

22

23

24

25
```

                                                    24

```
1

2             C E R T I F I C A T E

3        I, RENEE BELMAR, hereby certify that the Examination Before

4    Trial, of Jeffrey Ploshnick was held before me on the 3rd day of

5    March, 2008; that said witness was duly sworn before the

6    commencement of his testimony; that the testimony was taken

7    stenographically by myself and then transcribed by myself; that the
```

3 3 08GMA

8    party was represented by counsel as appears herein;

9        That the within transcript is a true record of the Examination

10    Before Trial of said witness;

11        That I am not connected by blood or marriage with any of the

12    parties; that I am not interested directly or indirectly in the

13    outcome of this matter; that I am not in the employ of the counsel.

14        IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day

15    of March, 2008.

16

17

18
                                        _____
19                                      RENEE BELMAR

20

21

22

23

24

25