AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHNERN    DISTRICT OF    NEW YORK

## APPEARANCE

Case Number: 07-8414

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EPartners Inc. , Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/27/2008 | *[signature]* |
| Date | Signature |
| | Shamiso Maswoswe |
| | Print Name / Bar Number |
| | 875 Third Avenue |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 603-2574 / (212) 603-2001 |
| | Phone Number / Fax Number |