# THE BOSTANY LAW FIRM   MEMO ENDORSED

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400
FAX: 212-530-4488

NEW JERSEY OFFICE
ONE GATEWAY CENTER
NEWARK, NJ 07102

April 7, 2008

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007


APR - 7 2008

Re:   *GMA Accessories, Inc. v. ePartners, Inc.*
       Docket No.: 07 CV 8414 (LAK)

Your Honor:

   I represent the plaintiff in this breach of contract case. As the Court may recall we had some difficulties getting the deposition off the ground of non party witness JEFFREY PLOSHNICK.

   On March 5, 2008, your Honor directed that the deposition take place before April 10 on a convenient date for the parties. A copy of the memo endorsed order is respectfully enclosed. Mr. Ploshnick advised us that he was available on April 4 or April 11. Texas counsel for the defense proposed April 11 and we consented. We anticipated that the court would authorize the deposition 1 day after the deadline. As such, we respectfully ask for approval of the April 11 date.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

Respectfully,



John P. Bostany

cc: Peter Brown, Esq.
    Amy E. Davis, Esq.
    Mr. Jeffrey Ploshnick

SO ORDERED

LEWIS A. KAPLAN, USDJ