```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GMA ACCESSORIES,                    :
                                    :
                Plaintiff,          :    07 Civ. 8414 (LAK) (THK)
                                    :
    -against-                       :
                                    :        ORDER
                                    :
ePartners,                          :
                                    :
                Defendant.          :
                                    :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    This case having been referred to this Court for settlement, it is hereby ORDERED:

    The parties shall appear, **in-person**, for a settlement conference on May 5, 2008, at 10:00 A.M., in Courtroom 17D. The parties shall appear with meaningful authority to settle the action.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:    April 18, 2008
           New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08