UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA Accessories, Inc.<br><br>                Plaintiff,<br><br>    - against -<br><br>EPartners, Inc.,<br><br>                Defendant. | 07 CV 8414 (LAK)<br><br>**NOTICE OF DEFENDANT'S COUNSEL CHANGE OF FIRM AND ADDRESS** |

      Notice is hereby given to the Court and all other counsel of record that the undersigned, Peter Brown, counsel for defendant EPartners, Inc. ("EPartners") in the above-captioned action and formerly with the law firm of Thelen Reid Brown Raysman & Steiner LLP, is now a member of the law firm of Baker & Hostetler LLP.  Effective immediately, Baker & Hostetler LLP will serve as counsel for EPartners.  All further pleadings, orders, and other communications should be served upon Peter Brown as counsel for EPartners at the following address:

    Peter Brown, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY  10111
    Tel: 212-589-4200
    Fax: 212-589-4201
    Email: pbrown@bakerlaw.com

Dated:    May 8, 2008

Respectfully submitted,

_____
Peter Brown

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY  10111
Tel: 212-589-4200
Fax: 212-589-4201

*Attorneys for Defendant*