## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2008, a copy of the foregoing **NOTICE OF DEFENDANT'S COUNSEL CHANGE OF FIRM and ADDRESS** was filed electronically.

Notice of this filing was sent to all parties by operation of the Court's Electronic Filing System.

_____
Theresa Blaber
Paralegal