# THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4468

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

May 12, 2008

Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

MAY 13 2008
CHAMBERS
THEODORE ...
US MAGISTRATE ...

Re: *GMA Accessories, Inc.* v. *ePartners, Inc.*
Docket No.: 07 CV 8414 (LAK)(THK)

Your Honor:

I respectfully confirm that the parties have agreed to appear before you for a settlement conference on **June 19, 2008 at 2 p.m.**

I respectfully request that the adjustor assigned to this matter for the defendant's insurance carrier be directed to appear on that date as well inasmuch as it is customary for the decision maker regarding settlement to be the one paying the freight. As such, it is respectfully submitted that the settlement conference would be more productive and potentially successful if the adjustor was present.

Respectfully,

John P. Bostany

*If defendant's settlement is controlled by and/or dependent on its insurer, a representative of the insurance company with settlement authority should attend the conference.*

cc: Amy E. Davis, Esq.
Peter Brown, Esq.

**SO ORDERED**

5/15/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE