# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

GMA ACCESSORIES, INC.,                          EFC Case

                Plaintiff,            Civil Action No.: 07 CV 8414 (LAK)

- against -

                                     **NOTICE OF MOTION**

E-PARTNERS, INC.,

                Defendant.
-----------------------------------------------------X

PURSUANT TO RULE 1.3(C) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Harry C. Batchelder, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Daniel Levy
        The Bostany Law Firm
        40 Wall Street – 61st Floor
        New York, NY 10005
        (212) 530-4400

Daniel Levy is a member in good standing of the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Daniel Levy in any State or Federal Court. I believe Mr. Levy possess the requisite professional and ethical character to discharge his obligations to the Court.

Dated: May 9, 2008
       New York, New York

                                              Respectfully Submitted,

SO ORDERED

_____                          _____
LEWIS A. KAPLAN, USDJ                            Harry C. Batchelder, Jr., of Counsel
                                                 The Bostany Law Firm
                                                 40 Wall Street, 61st Floor
                                                 New York, New York 10005
                                                 (212) 530-4400