Attorneys for Defendant ePartners Incorporated

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of June, 2008, a true and correct copy of the foregoing document was forwarded in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York to following counsel of record:

John P. Bostany
Ronald Paltrowitz
Dan Levy
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10008

_____
AMY E. DAVIS  w/permission