AO88 (Rev. 12/07) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
Southern District of New York

| GMA ACCESSORIES, INC. | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| e-PARTNERS, INC. | Case Number:[1] 07-CV-8414 (LAK) |

TO: Microsoft Corporation
1290 Avenue of the Americas
New York, NY 10104
Attn: Small Admin Market Division

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule "A"

| PLACE  The Bostany Law Firm, 40 Wall Street, 61st Floor, New York, NY 10005 | DATE AND TIME  6/18/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 5/28/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Ronald I. Paltrowitz, Esq., Of Counsel, The Bostany Law Firm, 40 Wall Street, New York, NY 10005 - 212.530.4400

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

## Schedule "A"

1. All documents related to the application of ePartners, Inc. for participation in the Microsoft Partner Program

2. All documents related to the referral of business, services, products or requests for products or services to ePartners, Inc.

3. All documents related to work to be performed or work that was actually performed by ePartners, Inc. in connection with the Microsoft Partnership Program.

4. All documents related to any evaluations, performance ratings, status changes, complaints, official or unofficial actions or threats or action, or any similar things or events pertaining to ePartners, Inc.