UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GMA ACCESSORIES, INC.,

                          Plaintiff,                 **PROOF OF SERVICE**

                                                       Civil Action No.: 07Cv8414 (LAK)

    - against -

EPARTNERS, INC.

                          Defendant.
------------------------------------------------------------------X

      I, Daniel Levy, under penalty of perjury, employee at the Bostany Law Firm, hereby certify that the within Subpoena was delivered by United States mail and via email on May 29, 2008, to the following:

                                        Peter Brown, Esq.
                                        Baker Hostetler
                                     45 Rockefeller Plaza
                                     New York, NY 10111

                                        Amy E. Davis, Esq.
                                   Hermes Sargent Bates LLP
                                 901 Main Street, Suite 5200
                                      Dallas, TX 75202

Dated: New York, New York
        June 4, 2008

                                  By: _____
                                              Daniel A. Levy