UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| GMA ACCESSORIES, INC., | EFC Case |
| Plaintiff, | Civil Action No. 07 CV 8414 (LAK) |
| - against - | **NOTICE OF MOTION TO COMPEL** |
| E-PARTNERS, INC., | |
| Defendant. | |

-------------------------------------------------------X

**PLEASE TAKE NOTICE** upon the Declaration of Daniel A. Levy, Esq., dated June 5, 2008, and the exhibits annexed thereto, the undersigned hereby moves this Honorable Court, before Hon. Lewis A. Kaplan, United States District Judge, at 500 Pearl Street, New York, New York for an Order (1) pursuant to Rules 37(a)(1), 37(a)(3)(B)(i) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") compelling Defendant to comply with Plaintiff's First Request for Documents, dated January 7, 2008, and for such other relief as this Court may deem just and proper.

Dated: New York, New York
June 5, 2008

                                        THE BOSTANY LAW FIRM

                                        By: Daniel A. Levy, *pro hac vice*
                                        Attorneys for Plaintiff
                                        40 Wall Street, 61st Floor
                                        New York, New York 10005
                                        (212) 530-4400