```
From: Ken Eldridge
Sent: 4/19/2006 12:08:11 PM (Central Time)
To: Bruce Steele; Mario Hebert; Laurie Tomasovsky; Dave Dickey
CC: Mark Richmond; Par Stromblad; Jonathan Lee; Kim Gravel; Bob Vanderslice
Subject: Re: Resource issue - Capelli
```

Mark and I just met and he committed Victor for the two days this week and for the forseeable future on NMS. I am going into a meeting with NMS shortly so please confirm for me a set amount of Victors time over the next month.

Thanks team.

Ken Eldridge
General Manager
ePartners
"Microsoft Global Partner of the Year"


-----Original Message-----
From: Bruce Steele <BSteele@epartnersolutions.com>
To: Mario Hebert <mhebert@epartnersolutions.com>; Laurie Tomasovsky <LTomasovsky@epartnersolutions.com>; Dave Dickey <DDickey@epartnersolutions.com>

CC: Mark Richmond <mrichmond@epartnersolutions.com>; Par Stromblad <pstromblad@epartnersolutions.com>; Jonathan Lee <jlee@epartnersolutions.com>; Kim Gravel <KGravel@epartnersolutions.com>; Bob Vanderslice <bvanderslice@epartnersolutions.com>; Ken Eldridge <KEldridge@epartnersolutions.com>

Sent: Wed Apr 19 11:58:41 2006
Subject: RE: Resource issue - Capelli

Mario,


While I appreciate your frustration, as we discussed, I will NOT allow NMS to fail. I have discussed Victor s participation and Kim, Jon and Bob they have all told me that Victor will need at least 2 days (and maybe more) to transfer knowledge. I ve been in this business along time and if expanding Vic s visit from 1 day to 2 causes us this much trouble, we have several other issues that we ll need to address going forward.



I talked to Victor and he said that he would not allow the deliverables to slide but I agree, there is risk.

Since Clinical has not gone smoothly (a lot of this is lack of consultant continuity), it is essential that NMS is successful. Microsoft has messaged to me that they are very nervous about walking us into additional deals or even serve as a positive reference for additional business until  we get things straightened out .

eP 05333

Thanks,

Bruce

---

From: Mario Hebert
Sent: Wednesday, April 19, 2006 12:47 PM
To: Laurie Tomasovsky; Dave Dickey
Cc: Mark Richmond; Par Stromblad; Bruce Steele
Subject: Resource issue - Capelli

Hi All,

I had a conversation with Bruce this morning and he informed me that Victor will be working on NMS this Thursday and Friday. <u>There is no doubt that this will impact the due dates for the Design Delivery at Capelli. Victor is already</u> working night and weekend to finalize his part.

Regards,

Mario Hebert

eP 05334