Click Here to Install Silverlight

**Microsoft Dynamics**
Microsoft Dynamics AX

United States Change | All Microsoft Sites

Search Microsoft.com for: [          ] Go

Microsoft Dynamics AX Home |

Search for
[          ] Go

**Product Information**
How to Buy
Using Microsoft Dynamics AX
Services & Support
Industries
Partners
Community
Find a Solution

**Microsoft Dynamics Resources**
Microsoft Dynamics Home
CustomerSource
PartnerSource
Worldwide Locations
Business & Industry Portal



gain {knowledge} with Microsoft E-Learning

Visual Studio 2008

Product Information

# Microsoft Dynamics AX 4.0 Partner Launch Champions

Updated: April 25, 2007

As Microsoft Dynamics AX 4.0 is released in different countries, Microsoft Business Solutions certified partners have the opportunity to become Partner Launch Champions by undertaking key training on the new product and successfully completing assessments related to this training.

Being a Partner Launch Champion demonstrates that these partners have invested in learning about Microsoft Dynamics AX 4.0 and other key Microsoft technologies. These partners have the skills required to help customers understand and take advantage of the benefits of Microsoft Dynamics AX 4.0. They are ready to provide exceptional levels of service to customers installing and using the product.

The training available to partners under the Partner Launch Champion program includes in-depth learning about new product functionality, as well as the new technical aspects of this release.

The following Partner Launch Champions are ready to deliver the benefits of this product to customers worldwide:

## Austria:

ECOSOL

SWS

Columbus IT Partner G.m.b.H

Standard IT Solutions G.m.b.H

↑ Top of page

## Belgium:

Axias

Ad Ultima

Itineris

Quadreon

Winit

Watermark Belgium

Dolmen

Edan Integrator

Delaware Consulting

↑ Top of page

## Brazil:

I9

L3

Aporte

DotSoft

CGeS

Ramo

Tridea

SAG