Business Process Consultant  $ 185/hour
  Subject Matter Expert  $ 210/hour
  Application Consultant  $ 165/hour
  Developer  $ 165/hour

Should Customer desire a single billing rate that billing rate shall be $185/hour. In the event that Customer engages ePartners in a significant project outside of the scope of Services under this Service Order, ePartners and Customer shall negotiate in good faith a mutually acceptable hourly rate

5. SERVICES. ePartners will assist Customer in implementing Microsoft Business Solutions Axapta software and other such software listed in the Product Order as an integrated application used to support their business. The implementation will take place at corporate and regional offices in and around New York City and cover domestic and corporate operations.

5.1 Project Definition and Planning. ePartners will conduct meetings with the Customer's core team to further educate ePartners on Customer's business practices and processing requirements, educate Customer on the configuration decisions available in the software to facilitate business practices, define expectations, and establish a timeline for the implementation. Activities will include documentation of business and functional requirements and identify gaps in software functionality to meet such requirements. Establish a training plan. Establish a data conversion plan. Establish a reporting plan.

5.2 System Construction. Configuration and Implementation of software modules detailed in the Product Order based on the business and functional requirements. A sampling of those requirements are included in the attached files.

  Demo Requirements - Highlights.doc  Capelli Deliverables.xls

5.2.1 Super User Training for all Modules
5.2.2 Establish and execute end-user Training Plan through the use of web-based, classroom, and over-the-shoulder training.
5.2.3 Establish a plan for development of operational and financial reports to support the business and provide training around the tools needed. ePartners will develop core Financial Statements (Balance Sheet, Income Statement, Cash Flow) for a single entity as a basis for training Customer team. Training and support will be provided to the Customer team to develop operational reports.
5.2.4 Identify the Functional Requirements, develop the Detailed Design, Develop, and Test various customizations or complex configurations to the software. Those identified include the following:
  a) Pending Purchase Order
  b) Freight / Duty and OOCL Interface
  c) Bulk Orders and Confirmations
  d) Single store vs. multi-store based on destination
  e) Depleting Bulk Orders
  f) Pack Items – piece and quantity
  g) Bill of Lading
  h) Download CIT Chargeback
  i) Upload P/O Info to Cargo
  j) Range Pack capability
  k) UPC / SKU auto generate
5.2.5 ePartners will provide assistance to Customer technical resources who will be responsible for preparing, validating, and mapping of all legacy data for the new system. ePartners will assist in data mapping and synchronization (import/export) processes and procedures as well as provide technical information regarding the products identified in the Product Order.
5.2.6 ePartners will configure and implement Production capability for domestic operations located in New Jersey. ePartners will perform Discovery work related to international operations such that proper configurations decisions are made to support the future roll-out (Phase 2) of the system to off-shore production locations.

ePartners, Inc., Service Order

5.2.7 ePartners and its designees will provide three (3) vendor mappings and training to Customer team to develop additional mappings.

5.3 Deploy. Support users as the system is deployed in a live environment. Activities will include assistance in running reports, entering transactions, refresh on system functionality and process, and update documentation.

5.4 Close. Conduct a de-brief on project results with the core team. Provide documentation developed during the implementation process.

5.5 Items specifically excluded from Services:
 5.5.1 Sharepoint Services
 5.5.2 Axapta Customer Portal functionality
 5.5.3 Retail POS capability
 5.5.4 RFID system integration to Axapta
 5.5.5 Non-domestic implementation activities other than certain Discovery work needed to configure the software for Domestic operations.

The Project Work Plan (in MS Project and /or Excel) will be prepared for the professional services to be delivered by ePartners under subsequent Service Orders, as well as the Customer task assignments. The Project Work Plan is the principal task, milestone and budget plan for the project, against which the project will be measured. The Project Work Plan will include material project phases, tasks, estimated due dates, milestones, customer sign-off points, assignments of responsibilities (both ePartners and Customer), estimated ePartners' hours and the total estimated services expenditure. The progress of the project will be updated on the Project Work Plan and reported to the Customer on a periodic basis. The Project Work Plan may be amended from time to time as mutually agreed by the parties. Such consent and approval to modifications to the Project Work Plan shall not be unreasonably withheld or delayed. Any such approved modified Project Work Plan shall completely supersede the prior Project Work Plan unless otherwise noted on the face of such modified Project Work Plan. After such plan is developed and mutually agreed upon by the parties, any subsequent modifications *may* result in changes to the Estimate of Services specified in Section 6.

Initiation of Services. Week of June 13, 2005.
Estimated Go Live Date. TBD – Established by the Core Team and the ePartners project team.

Service Order(s), covering each phase of the project will be prepared with specific definition on scope and ePartners' and Customers' individual responsibilities. Based on our current understanding of your desired solution, we are anticipating service orders for the following.

1) Project Kick-off, Project Plan Development, System Review/Installation, Training Plan, Reporting Plan, Data Migration Plan
2) Super User Training, Discovery, Documentation
3) Core Configuration
4) Customizations
5) User Training
6) Testing
7) Readiness Assessment, Go-Live Assistance

ePartners shall deploy resources with the following responsibilities. Tentative names of staff are provided. Their availability and involvement is dependent upon the mutually agreed to Project Plan.

1) Engagement / Project Management (TBD)
2) Suject Matter Expert (TBD)
3) Senior Application Consultant(s) (TBD)
4) Staff Application Consultant(s) (TBD)
5) Senior Development Consultant(s) (TBD)
6) Staff Development Consultant(s) (TBD)
7) Documentation Specialist (TBD)
8) Training Specialist (TBD)

ePartners, Inc., Service Order

