UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.,                               ECF Case

                        Plaintiff,        Civil Action No. 07 CV 8414 (LAK)

  - against -
                                                  **NOTICE OF MOTION TO**
                                                  **COMPEL**

E-PARTNERS, INC.,

                        Defendant.
------------------------------------------------------X

**PLEASE TAKE NOTICE** upon the Declaration of Daniel A. Levy, Esq., dated June 6, 2008, and the exhibits annexed thereto, the undersigned hereby moves this Honorable Court, before Hon. Lewis A. Kaplan, United States District Judge, at 500 Pearl Street, New York, New York for an Order pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, ordering Defendant to answer Plaintiff's Second Set of Discovery Requests and Interrogatories, without objections, and such other relief as the Court may deem just and proper.

Dated: New York, New York
           June 6, 2008                              THE BOSTANY LAW FIRM

                                                      By: Daniel A. Levy, *pro hac vice*
                                                      Attorneys for Plaintiff
                                                      40 Wall Street, 61st Floor
                                                      New York, New York 10005
                                                      (212) 530-4400