## Dan Levy

| | |
|---|---|
| **From:** | Dan Levy |
| **Sent:** | Wednesday, May 21, 2008 11:43 AM |
| **To:** | 'Amy Davis' |
| **Cc:** | 'Anthony H. Lowenberg'; 'pbrown@bakerlaw.com'; 'mcarvalho@bakerlaw.com'; John Bostany; Ron Paltrowitz; Dan Levy |
| **Subject:** | RE: GMA's responses to eParterns' discovery requests |

Amy:

We have not yet received ePartners' responses to GMA's Second Requests for Documents and Second Set of Interrogatories. As these requests were sent on March 20, ePartners' responses are very late.

I appreciate your prompt attention to this matter.

Thanks,

Dan Levy

6/5/2008