## Dan Levy

**From:** Ron Paltrowitz
**Sent:** Thursday, May 22, 2008 8:14 AM
**To:** Amy Davis; Anthony H. Lowenberg; pbrown@bakerlaw.com; mcarvalho@bakerlaw.com
**Cc:** John Bostany; Dan Levy
**Subject:** FW: GMA's responses to eParterns' discovery requests

Amy Anthony Peter, Melissa:

We did not receive a reply to Mr. Levy's email below. Please call me to discuss your delinquent responses to our Second Requests for Documents and Answers to Interrogatories. I'd prefer not to bother Judge Kaplan with a motion unless this is absolutely necessary.

Thank you.

Ronald I. Paltrowitz, Esq.
Of Counsel
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005
(212) 530 4411 (phone)
(212) 530 4488 (fax)

---

**From:** Dan Levy
**Sent:** Wednesday, May 21, 2008 11:43 AM
**To:** 'Amy Davis'
**Cc:** 'Anthony H. Lowenberg'; 'pbrown@bakerlaw.com'; 'mcarvalho@bakerlaw.com'; John Bostany; Ron Paltrowitz; Dan Levy
**Subject:** RE: GMA's responses to eParterns' discovery requests

Amy:

We have not yet received ePartners' responses to GMA's Second Requests for Documents and Second Set of Interrogatories. As these requests were sent on March 20, ePartners' responses are very late.

I appreciate your prompt attention to this matter.

Thanks,

Dan Levy

6/5/2008