**Dan Levy**

| | |
|---|---|
| **From:** | Anthony H. Lowenberg [anthony.lowenberg@hsblaw.com] |
| **Sent:** | Thursday, May 22, 2008 11:55 AM |
| **To:** | Ron Paltrowitz; Dan Levy |
| **Subject:** | GMA v. ePartners |

Hi Ron & Dan:

1) Mario Hebert's number in the Congo DRC is + 243 99 540 70 56. I believe that's a cell phone. We do not have a physical address for him there.

2) When and how was the second set of discovery served?   Rest assured that we are not intentionally not responding to discovery.  If you can clear that up for me, that would be great, and we'll work it out.

3) Do you know the address/room number for the Forgo deposition at the Mohegan?

4) Re: Ron's mention of a letter from him regarding documents withheld per a privilege, to which letter are you referring? We'll be happy to address any unresolved issues.

Thank you much,

Anthony

---
Anthony H. Lowenberg
Hermes Sargent Bates, L.L.P.
901 Main Street, Suite 5200
Dallas, Texas 75202
214.749.6564 | 214.749.6364 fax
www.HSBlaw.com

---



The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

6/5/2008