## Dan Levy

| | |
|---|---|
| **From:** | Dan Levy |
| **Sent:** | Friday, May 23, 2008 3:34 PM |
| **To:** | Amy Davis; 'pbrown@bakerlaw.com' |
| **Cc:** | Anthony H. Lowenberg; mcarvalho@bakerlaw.com; John Bostany; Ron Paltrowitz; Dan Levy |
| **Subject:** | Discovery Issues |

I just left voicemail messages for Amy and Peter and wanted to follow up with everyone on some open discovery issues.

1. Tony and Eddie are represented by this firm, so please don't contact them directly
2. I looked into the issue regarding GMA's discovery demands. They were originally served on the NY firm only and we are awaiting your responses
3. We sent a letter to Amy Davis regarding the privilege log and we are awaiting your reply
4. I noticed in a few circumstances that certain emails embedded in the emails already produced were not produced as a separate, individual document, and therefore, it appears as though your production is incomplete
5. I also want to draw your attention to my earlier email regarding the unorthodox and uncustomary manner in which you produced the PDF documents

Please let me know when we can expect a response on these open issues.

Thanks,

Dan Levy

6/5/2008