

HERMES SARGENT BATES LLP

*Minds over matters.*

**AMY E. DAVIS**
direct dial - 214.749.6548
direct fax - 214.749.6348
amy.davis@hsblaw.com

March 31, 2008

*Via Federal Express*
John P. Bostany
THE BOSTANY LAW FIRM
Trump Building
40 Wall Street, 61st Floor
New York, NY 10005

> Re:   Capelli / GMA
>       Our File No. 356.41

Dear Mr. Bostany:

Enclosed please find Defendant ePartners Inc.'s Privilege Log. Please also find two (2) CDs containing bates labeled documents eP 1173 – 46480 as supplemental production per the court's recent ruling from the bench in the above-referenced case.

As always, please contact me should you have questions regarding this correspondence.

Very truly yours,

Amy E. Davis

AED:mab
Enclosure

THELEN REID BROWN
RAYSMAN & STEINER LLP
Peter Brown
W. Shamiso Kristen-Faith Maswoswe
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendant ePartners Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

GMA ACCESSORIES, INC.,                    : **ECF CASE**
                                          :
                                          : No. 07 CV 8414 (LAK)
                           Plaintiff,     :
                                          : **DEFENDANT'S PRIVILEGE LOG**
          - against -                     :
                                          :
EPARTNERS, INC.                           :
                           Defendant.     :
                                          :
------------------------------------------------------------ X

TO:    Plaintiff GMA Accessories, Inc., by and through its counsel of record, John P. Bostany,
       The Bostany Law Firm, 40 Wall Street, 61st Floor, New York, NY 10008.

       COME NOW, ePartners Incorporated ("ePartners") Defendant in the above-entitled

matter, and serve this, its Privilege Log, in accordance with Federal Rule of Civil Procedure

26((b)(5)(A).

| Author | Date | Recipients | Description | Privilege |
|--------|------|-----------|-------------|-----------|
| Ken Eldridge | June 24, 2004 | Brett Christiansen, Bruce Steele, Matt Purser | E-mail correspondence regarding creation of royalty agreement. | Work Product; Attorney Client Communication |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| Bruce Steele | June 24, 2004 | Ken Eldridge, Brett Christiansen, Matt Purser, Lora Rogers, Rob Eggemeyer, Fred Shepard | E-mail correspondence response regarding creation of royalty agreement. | Work Product; Attorney Client Communication |
| Ken Eldridge | June 24, 2004 | Bruce Steele, Brett Christiansen, Matt Purser, Lora Rogers, Rob Eggemeyer, Fred Shepard | E-mail correspondence regarding creation of referral agreement. | Work Product; Attorney Client Communication |
| Rob Eggemeyer | June 24, 2004 | Ken Eldridge, Bruce Steele, Brett Christiansen, Matt Purser, Lora Rogers, Fred Shepard | E-mail correspondence regarding creation of referral agreement. | Work Product; Attorney Client Communication |
| Bruce Steele | June 24, 2004 | Ken Eldridge, Dan Duffy | E-mail correspondence regarding creation of referral agreement. | Work Product |
| Erik Sevenants | April 12, 2005 | Ken Eldridge, Eric Forgo, Dan Duffy | E-mail correspondence regarding creation of referral agreement. | Work Product |
| Dan Duffy | April 12, 2005 | Erik Sevenants, Ken Eldridge, Eric Forgo, Brett Christiansen | E-mail correspondence regarding creation of referral agreement. | Work Product; Attorney Client Communication |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|--------|------|------------|-------------|-----------|
| Erik Sevenants | April 12, 2005 | Ken Eldridge, Eric Forgo, Brett Christiansen | E-mail correspondence regarding Referral Agreement and Partnership Summary with highlighted changes. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 2005 | | Attorneys draft of ePartners Referral Agreement with GMA. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 2005 | | Attorneys draft/notes of Spreadsheet of Capelli Partnership Summary. | Work Product |
| Brett Christiansen | April 12, 2005 | Erik Sevenants, Ken Eldridge, Eric Forgo | E-mail correspondence regarding modification to agreement. | Work Product; Attorney Client Communication |
| Ken Eldridge | April 12, 2005 | Dan Duffy, Erik Sevenants, Eric Forgo, Brett Christiansen | E-mail correspondence regarding modification to agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 12, 2005 | Ken Eldridge, Dan Duffy, Erik Sevenants, Eric Forgo | E-mail correspondence regarding modification to agreement. | Work Product; Attorney Client Communication |
| Eric Forgo | April 13, 2005 | Erik Sevenants, Ken Eldridge, Brett Christiansen | E-mail correspondence regarding modification of agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 14, 2005 | Ken Eldridge, Erik Sevenants, Bruce Steele | E-mail correspondence transmitting draft of revised Joint Marketing Agreement | Work Product; Attorney Client Communication |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | proposed between ePartners and GMA Accessories. | |
| Brett Christiansen | April 14, 2005 | | Draft Joint Marketing Agreement between GMA Accessories and ePartners. | Work Product; Attorney Client Communication |
| Erik Sevenants | April 14, 2005 | Brett Christiansen, Ken Eldridge, Bruce Steele | E-mail correspondence regarding modifications to Joint Marketing Agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 14, 2005 | Erik Sevenants, Ken Eldridge | E-mail correspondence transmitting redlined version of Joint Marketing Agreement by Eric Sevenants. | Work Product; Attorney Client Communication |
| | April 14, 2005 | | Second version Redlined Joint Marketing Agreement between GMA Accessories and ePartners. | Work Product |
| Ken Eldridge | April 14, 2005 | Brett Christiansen, Erik Sevenants | E-mail correspondence regarding modifications to the Joint Marketing Agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 14, 2005 | Dan Duffy, Ken Eldridge, Erik Sevenants | E-mail correspondence transmitting revised version of the proposed Joint Marketing Agreement | Work Product; Attorney Client Communication |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | between ePartners and GMA Accessories for modifications. | |
| Dan Duffy | April 17, 2005 | Brett Christiansen, Ken Eldridge, Erik Sevenants | E-mail correspondence regarding revised Joint Marketing Agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 25, 2005 | Ken Eldridge, Dan Duffy | E-mail correspondence transmitting modified Joint Marketing Agreement for additional revisions. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 25, 2005 | | Fourth redlined version of Joint Marketing Agreement between GMA Accessories and ePartners. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 25, 2005 | | Fourth draft version of Joint Marketing Agreement between GMA Accessories and ePartners. | Work Product; Attorney Client Communication |
| Ken Eldridge | April 26, 2005 | Brett Christiansen, Dan Duffy, Eric Forgo, Erik Sevenants | E-mail correspondence regarding agreement and Service Order, and redlined Joint Marketing Agreement. | Work Product; Attorney Client Communication |
| Dan Duffy | April 26, 2005 | Ken Eldridge, Brett Christiansen, Eric Forgo, Erik Sevenants | E-mail correspondence regarding comments to agreement. | Work Product; Attorney Client Communication |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| Erik Sevenants | May 3, 2005 | Eric Forgo, Ken Eldridge, Brett Christiansen | E-mail correspondence regarding agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | May 3, 2005 | Erik Sevenants, Eric Forgo, Ken Eldridge | E-mail correspondence response regarding agreement. | Work Product; Attorney Client Communication |
| Erik Sevenants | May 3, 2005 | Brett Christiansen, Eric Forgo, Ken Eldridge | E-mail correspondence regarding agreement. | Work Product; Attorney Client Communication |
| Ken Eldridge | May 3, 2005 | Erik Sevenants, Brett Christiansen, Eric Forgo | E-mail correspondence regarding agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | May 3, 2005 | Ken Eldridge | E-mail correspondence regarding term of agreement. | Work Product; Attorney Client Communication |
| Eric Forgo | May 3, 2005 | Ken Eldridge, Erik Sevenants, Brett Christiansen | E-mail correspondence regarding pending open points to agreement. | Work Product; Attorney Client Communication |
| Erik Sevenants | May 4, 2005 | Eric Forgo, Ken Eldridge, Brett Christiansen | E-mail correspondence regarding changes to various sections of agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | May 4, 2005 | Erik Sevenants, Eric Forgo, Ken Eldridge | E-mail correspondence regarding modification to partnership agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | May 12, 2005 | Kathy Sweeney | E-mail correspondence regarding agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | May 12, 2005 | Kathy Sweeney, Amy McKie | E-mail correspondence regarding project | Work Product; Attorney Client Communication |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | development. | |
| Amy McKie | May 12, 2005 | Brett Christiansen, Kathy Sweeney | E-mail correspondence regarding project development. | Work Product; Attorney Client Communication |
| Brett Christiansen | May 12, 2005 | Amy McKie, Kathy Sweeney | E-mail correspondence regarding project development. | Irrelevant; Work Product; Attorney Client Communication |
| Kathy Sweeney | May 12, 2005 | Brett Christiansen | E-mail correspondence regarding Dell reseller agreement. | Work Product; Attorney Client Communication |
| Brett Christiansen | May 12, 2005 | Kathy Sweeney | E-mail correspondence regarding Dell reseller agreement. | Work Product; Attorney Client Communication |
| Bruce Steele | February 17, 2006 | Eric Forgo | E-mail correspondence response regarding Top Gun program qualification. | Work Product |
| Eric Forgo | February 17, 2006 | Bruce Steele | E-mail correspondence regarding project development. | Work Product |
| Eric Forgo | March 10, 2006 | Mario Hebert | E-mail correspondence with summary of comments regarding Capelli project. | Work Product |
| Bruce Steele | March 21, 2006 | Howard Diamond, Mario Hebert, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding moving Capelli up the enablement scale. | Work Product |
| Eric Forgo | March 21, 2006 | Fred Shepard, Kathy Sweeney | E-mail correspondence regarding account receivables as | Work Product |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| | | | part of investigation in anticipation of litigation. | |
| Fred Shepard | March 21, 2006 | Eric Forgo, Kathy Sweeney | E-mail correspondence regarding account receivables as part of investigation in anticipation of litigation. | Work Product |
| Eric Forgo | March 21, 2006 | Mario Hebert | E-mail correspondence regarding Capelli revenue impact and status on efforts in Capelli project. | Work Product |
| Mario Hebert | March 22, 2006 | Maria Urdinarrain | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | March 24, 2006 | Laurie Tomasovsky | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Lauri Tomascovy | March 24, 2006 | Mario Hebert | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | March 24, 2006 | Laurie Tomasovsky | E-mail correspondence regarding status of project as part of investigation in | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | anticipation of litigation. | |
| Mario Hebert | March 24, 2006 | Howard Diamond, Dave Dickey, Bruce Steele, Laurie Tomasovsky, Eric Forgo | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | April 4, 2006 | Brett Christiansen, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding Capelli project. | Work Product; Attorney Client Communication |
| Dave Dickey | April 4, 2006 | Mario Hebert, Brett Christiansen, Laurie Tomasovsky | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Mario Hebert | April 4, 2006 | Dave Dickey | E-mail correspondence regarding as part of internal investigation in anticipation of litigation. | Work Product |
| Dave Dickey | April 4, 2006 | Mario Hebert, Laurie Tomasovsky, Brett Christiansen | E-mail correspondence regarding as part of internal investigation in anticipation of litigation. | Work Product; Attorney Client Communication; |
| Dave Dickey | April 4, 2006 | Mario Hebert | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Mario Hebert | April 4, 2006 | Mark | E-mail | Work Product; |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | Vinicombe | correspondence regarding project status as part of internal investigation in anticipation of litigation. | |
| Mario Hebert | April 4, 2006 | Dave Dickey | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Dave Dickey | April 4, 2006 | Mario Hebert | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Brett Christiansen | April 4, 2006 | Mario Hebert, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 4, 2006 | Dave Dickey, Mario Hebert, Laurie Tomasovsky | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Dave Dickey | April 4, 2006 | Mario Hebert, Laurie Tomasovsky | E-mail correspondence regarding project status as part of internal investigation in | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | anticipation of litigation. | |
| Mario Hebert | April 5, 2006 | Brett Christiansen, Dave Dickey, Laurie Tomasovsky | E-mail correspondence with draft Project Requirements: Axapta Demonstration and Excel spreadsheet of Capelli Deliverables regarding project status as part of internal investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Brett Christiansen | April 5, 2006 | Mario Hebert, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Mario Hebert | April 5, 2006 | Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Mario Hebert | April 19, 2006 | Laurie Tomasovsky, Dave Dickey, Mark Richmond, Par Stromblad, Bruce Steele | E-mail correspondence regarding project status as part of internal investigation in anticipation of | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | litigation. | |
| Bruce Steele | April 19, 2006 | Mario Hebert, Laurie Tomasovsky, Dave Dickey, Mark Richmond, Par Stromblad, Jonathan Lee, Kim Gravel, Bob Vanderslice, Ken Eldridge | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Dave Dickey | May 15, 2006 | George Altirs | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Laurie Tomasovsky | May 17, 2006 | Dave Dickey | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | May 17, 2006 | Jamie Miller, Fred Shepard | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Fred Shepard | May 17, 2006 | Dave Dickey, Jamie Miller, Kathy Sweeney | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|--------|------|------------|-------------|-----------|
| Jamie Miller | May 17, 2006 | Fred Shepard, Dave Dickey, Kathy Sweeney | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Dave Dickey | May 17, 2006 | Jamie Miller, Fred Shepard, Kathy Sweeney | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Bruce Steele | May 17, 2006 | Dave Dickey, Fred Shepard | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Dave Dickey | May 17, 2006 | Bruce Steele, Fred Shepard | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Brett Christiansen | May 18, 2006 | Dave Dickey | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Dave Dickey | May 18, 2006 | Brett Christiansen | E-mail correspondence regarding project status as part of internal | Work Product; Attorney Client Communication |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | investigation in anticipation of litigation. | |
| Dave Dickey | June 1, 2006 | Laurie Tomasovsky | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | May 8, 2006 | Mario Hebert | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Eric Forgo | March 10, 2006 | Mario Hebert | E-mail correspondence with review of project as part of investigation in anticipation of litigation. | Work Product |
| Bruce Steele | March 21, 2006 | Howard Diamond, Mario Hebert, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding enablement scale for project as part of investigation in anticipation of litigation. | Work Product |
| Eric Forgo | March 21, 2006 | Fred Shepard, Kathy Sweeney | E-mail correspondence regarding outstanding accounts receivable as part of investigation in anticipation of litigation. | Work Product |
| Fred Shepard | March 21, 2006 | Eric Forgo, Kathy Sweeney | E-mail correspondence | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | regarding outstanding accounts receivable as part of investigation in anticipation of litigation. | |
| Eric Forgo | March 21, 2006 | Mario Hebert | E-mail correspondence regarding outstanding accounts receivable as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | March 22, 2006 | Maria Urdinarrain | E-mail correspondence regarding project summary and enablement scale as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | March 24, 2006 | Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Lauri Tomasovsky | March 24, 2006 | Mario Hebert | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | March 24, 2006 | Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|--------|------|------------|-------------|-----------|
| | | | litigation. | |
| Mario Hebert | March 24, 2006 | Howard Diamond, Dave Dickey, Bruce Steele, Laurie Tomasovsky, Eric Forgo | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Howard Diamond | March 24, 2005 | Mario Hebert, Dave Dickey, Bruce Steele, Laurie Tomasovsky, Eric Forgo | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | April 4, 2006 | Brett Christiansen, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Dave Dickey | April 4, 2006 | Mario Hebert, Brett Christiansen, Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Mario Hebert | April 4, 2006 | Dave Dickey | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | April 4, 2006 | Mario Hebert, Laurie Tomasovsky, Brett Christiansen | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Dave Dickey | April 4, 2006 | Mario Hebert | E-mail correspondence | Work Product |

| Author | Date | Recipients | Description | Privilege |
|--------|------|------------|-------------|-----------|
| | | | regarding project planning as part of investigation in anticipation of litigation. | |
| Mario Hebert | April 4, 2006 | Mark Vinicombe | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Mario Hebert | April 4, 2006 | Dave Dickey | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | April 4, 2006 | Mario Hebert | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Brett Christiansen | April 4, 2006 | Mario Hebert, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Brett Christiansen | April 4, 2006 | Dave Dickey, Mario Hebert, Laurie Tomasovsky | E-mail correspondence regarding Service Orders. | Work Product; Attorney Client Privilege |
| Dave Dickey | April 4, 2006 | Mario Hebert, Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| Mario Hebert | April 5, 2006 | Brett Christiansen, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project transitioning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Brett Christiansen | April 5, 2006 | Mario Hebert, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Mario Hebert | April 5, 2006 | Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | April 19, 2006 | Laurie Tomasovsky, Dave Dickey, Mark Richmond, Par Stromblad, Bruce Steele | E-mail correspondence regarding project planning and deliverables as part of investigation in anticipation of litigation. | Work Product |
| Bruce Steele | April 19, 2006 | Mario Hebert, Laurie Tomasovsky, Dave Dickey, Mark Richmond, Par Stromblad, Jonathan Lee, Kim Gravel, Bob Vanderslice, Ken Eldridge | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| Laurie Tomasovsky | May 17, 2006 | Dave Dickey | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | May 17, 2006 | Jamie Miller, Fred Shepard | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Fred Shepard | May 17, 2006 | Dave Dickey, Jamie Miller, Kathy Sweeney | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Jamie Miller | May 17, 2006 | Fred Shepard, Dave Dickey, Kathy Sweeney | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | May 17, 2006 | Jamie Miller, Fred Shepard, Kathy Sweeney | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Bruce Steele | May 17, 2006 | Dave Dickey, Fred Shepard | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | May 17, 2006 | Bruce Steele, Fred Shepard | E-mail correspondence regarding project | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|--------|------|------------|-------------|-----------|
| | | | planning as part of investigation in anticipation of litigation. | |
| Brett Christiansen | May 18, 2006 | Dave Dickey | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Dave Dickey | May 18, 2006 | Brett Christiansen | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product; Attorney Client Privilege |
| Dave Dickey | June 1, 2006 | Laurie Tomasovsky | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | May 8, 2006 | Mario Hebert | E-mail correspondence accounts receivables as part of internal investigation in anticipation of litigation. | Work Product |
| Mario Hebert | May 10, 2006 | Kathy Sweeney | E-mail correspondence regarding accounts receivables as part of internal investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | June 7, 2006 | Laurie Tomasovsky, Fred Shepard | E-mail correspondence regarding project | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | planning as part of investigation in anticipation of litigation. | |
| Laurie Tomasovsky | June 8, 2006 | Kathy Sweeney, Fred Shepard, David Briggs | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | June 8, 2006 | Laurie Tomasovsky, Fred Shepard, David Briggs | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | June 9, 2006 | Howard Diamond | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Howard Diamond | June 9, 2006 | Mario Hebert | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | June 9, 2006 | Howard Diamond | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Howard Diamond | June 9, 2006 | Mario Hebert | E-mail correspondence regarding project planning as part of investigation in anticipation of | Work Product |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| | | | litigation. | |
| Fred Shepard | June 12, 2006 | Dave Dickey, Kathy Sweeney, Jamie Miller | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | June 12, 2006 | Fred Shepard, Kathy Sweeney, Jamie Miller | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | June 12, 2006 | Dave Dickey, Fred Shepard, Jamie Miller | E-mail correspondence sending spreadsheet attachment with summary of Sales by Customer-Software and Service-All. | Work Product |
| ePartners employee | June 12, 2006 | Various ePartners employees | Spreadsheet analysis of accounts receivable information for project. | Work Product |
| Dave Dickey | June 12, 2006 | Kathy Sweeney, Fred Shepard, Jamie Miller | E-mail correspondence regarding analysis of accounts receivable information for project. | Work Product |
| Dave Dickey | June 13, 2006 | Laurie Tomasovsky, Dwight Specht, Jay Omdahl | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Jay Omdahl | June 13, | Victor Pepi | E-mail | Work Product |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| | 2006 | | correspondence regarding project planning as part of investigation in anticipation of litigation. | |
| Victor Pepi | June 14, 2006 | Jay Omdahl | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Jay Omdahl | June 14, 2006 | Victor Pepi | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | June 20, 2006 | Fred Shepard, Jamie Miller, Kathy Sweeney | E-mail correspondence regarding accounts receivables as part of investigation in anticipation of litigation. | Work Product |
| Fred Shepard | June 20, 2006 | Dave Dickey, Jamie Miller, Kathy Sweeney | E-mail correspondence regarding accounts receivables as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | June 20, 2006 | Fred Shepard, Jamie Miller, Kathy Sweeney | E-mail correspondence regarding accounts receivables as part of investigation in | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|--------|------|------------|-------------|-----------|
| | | | anticipation of litigation. | |
| Kimberly Tan | June 23, 2006 | Greg Kerns | E-mail correspondence regarding accounts receivables as part of investigation in anticipation of litigation. | Work Product |
| Greg Kerns | June 23, 2006 | Kimberly Tan, Jay Omdahl | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Laura A. Pfohl (Stevenson) | June 30, 2006 | Jamie Miller, Fred Shepard, Lori Glass | E-mail correspondence with issues that need immediate attention next week. | Work Product |
| Kathy Sweeney | July 11, 2006 | Dave Dickey, Lauri Tomasovsky, Fred Shepard | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | July 11, 2006 | Kathy Sweeney, Laurie Tomasovsky, Fred Shepard | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Laurie Tomasovsky | July 11, 2006 | Dave Dickey, Kathy Sweeney, Fred Shepard | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|--------|------|------------|-------------|-----------|
| Kathy Sweeney | July 11, 2006 | Laurie Tomasovsky, Dave Dickey, Fred Shepard | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Laurie Tomasovsky | July 11, 2006 | Kathy Sweeney, Dave Dickey, Fred Shepard | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Jamie Miller | July 12, 2006 | Dave Dickey | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | July 12, 2006 | Jamie Miller | E-mail correspondence regarding project planning as part of investigation in anticipation of litigation. | Work Product |
| Keil Merrick | August 2, 2006 | Dave Dickey | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | August 2, 2006 | Keil Merrick | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Elie Saliba | August 15, 2006 | Maria Urdinarrain | E-mail correspondence regarding project | Work Product |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| | | | status as part of investigation in anticipation of litigation. | |
| Maria Urdinarrain | August 15, 2006 | Elie Saliba, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Elie Saliba | August 15, 2006 | Maria Urdinarrain, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Maria Urdinarrain | August 15, 2006 | Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Maria Urdinarrain | August 15, 2006 | Jay Omdahl | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Jay Omdahl | August 15, 2006 | Maria Urdinarrain, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | August 15, 2006 | Jay Omdahl, Maria Urdinarrain | E-mail correspondence regarding project status as part of investigation in anticipation of | Work Product |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| | | | litigation. | |
| Jay Omdahl | August 27, 2006 | Dave Dickey, Dwight Specht | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | August 27, 2006 | Jay Omdahl, Dwight Specht | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Jay Omdahl | August 27, 2006 | Dave Dickey, Dwight Specht | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Jay Omdahl | August 27, 2006 | Maria Urdinarrain, Victor Pepi | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Victor Pepi | August 27, 2006 | Jay Omdahl, Maria Urdinarrain | E-mail correspondence regarding regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | August 15, 2006 | Maria Urdinarrain, Jay Omdahl, Dwight Specht | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Maria | August 15, | Victor Pepi | E-mail | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| Urdinarrain | 2006 | | correspondence regarding project status as part of investigation in anticipation of litigation. | |
| Maria Urdinarrain | August 28, 2006 | Victor Pepi, Jay Omdahl | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Victor Pepi | August 29, 2006 | Maria Urdinarrain, Jay Omdahl, Dave Dickey, Laurie Tomasovsky | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| | | Maria Urdinarrain, Victor Pepi | Memorandum attachment regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Crystal Wilmot | September 6, 2006 | Dave Dickey | E-mail correspondence regarding Master Service Agreement and Master Service Order-GMA 02. | Work Product |
| Brett Christiansen | September 6, 2006 | Dave Dickey | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Dave Dickey | September 6, 2006 | Jeff Margolies, Jamie Miller, Howard Diamond | E-mail correspondence advising receipt of GMA | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | termination letter with ePartners in anticipation of litigation. | |
| Dave Dickey | September 6, 2006 | Brett Christiansen | E-mail correspondence regarding GMA termination letter. | Work Product; Attorney Client Communication |
| Dave Dickey | September 6, 2006 | Dwight Specht, Laurie Tomasovsky | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | September 6, 2006 | Victor Pepi, Maria Urdinarrain | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Laurie Tomasovsky | September 6, 2006 | Maria Urdinarrain, Mark Vinicombe, Dave Dickey | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Jamie Miller | September 6, 2006 | Dave Dickey | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Stacey Starrett on behalf of Brett Christiansen | September 7, 2006 | Various ePartners employees | E-mail correspondence regarding formal notice of dispute. | Work Product; Attorney Client Communication |
| Stacey Starrett on behalf of Brett Christiansen | September 7, 2006 | Various ePartners employees | E-mail correspondence regarding formal notice of dispute. | Work Product; Attorney Client Communication |
| Various | September 7, | Brett | E-mail | Work Product; |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| ePartners employees | 2006 | Christiansen | correspondence regarding formal notice of dispute. | Attorney Client Communication |
| Dave Dickey | September 12, 2006 | Brett Christiansen | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Jamie Miller | September 22, 2006 | Daryl Traeger, Fred Shepard, Kathy Sweeney | E-mail correspondence regarding account receivables for project as part of internal investigation in anticipation of litigation. | Work Product |
| Fred Shepard | September 22, 2006 | Jamie Miller, Daryl Traeger, Kathy Sweeney | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | September 22, 2006 | Jamie Miller, Daryl Traeger, Fred Shepard | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Jamie Miller | September 22, 2006 | Kathy Sweeney, Daryl Traeger, Fred Shepard | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | September 22, 2006 | Jamie Miller, Daryl Traeger, Fred Shepard | E-mail correspondence regarding project status as part of investigation in | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | anticipation of litigation. | |
| Dave Dickey | October 3, 2006 | Dave Dickey, Jeff Margolies, Jamie Miller | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Jeff Margolies on behalf of Dave Dickey | October 4, 2006 | Dave Dickey | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | October 4, 2006 | Jeff Margoilies | E-mail correspondence regarding project status as part of internal investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | October 16, 2006 | Darrell Cheek | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | October 16, 2006 | Fred Shepard | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Fred Shepard | October 16, 2006 | Kathy Sweeney | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| Kathy Sweeney | October 16, 2006 | Fred Shepard | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Fred Shepard | October 16, 2006 | Kathy Sweeney | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Kathy Sweeney | October 16, 2006 | Fred Shepard | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Darrell Cheek | October 17, 2006 | Kathy Sweeney | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Barbara Anderson | June 20, 2005 | Darrell Cheek, Becky Carspecken (Coyne) | E-mail correspondence regarding project status as part of investigation in anticipation of litigation. | Work Product |
| Brett Christiansen | November 27, 2006 | Various ePartners employees | E-mail correspondence regarding formal notice of dispute. | Work Product; Attorney Client Communication |
| Brett Christiansen | November 28, 2006 | Dave Dickey | E-mail correspondence regarding designation of "point person" for continued | Work Product; Attorney Client Communication |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| | | | investigation in anticipation of litigation. | |
| Dave Dickey | November 29, 2006 | Brett Christiansen | E-mail correspondence regarding designation of "point person" for continued investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Brett Christiansen | December 8, 2006 | Dave Dickey | E-mail correspondence regarding designation of "point person" for continued investigation in anticipation of litigation. | Work Product; Attorney Client Communication |
| Stacey Starrett | January 12, 2007 | Various ePartners employees | E-mail correspondence regarding collection of project related documents. | Work Product; Attorney Client Communication |
| Stacey Starrett | January 20, 2007 | Various ePartners employees | E-mail correspondence regarding formal notice of dispute. | Work Product; Attorney Client Communication |
| Dave Dickey | August 10, 2006 | Laurie Tomasovsky, Dwight Specht | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Maria Urdinarrain | July 6, 2006 | Bernard Khoury, Laurie Tomasovsky, Dave Dickey, Victor Pepi | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |

| Author | Date | Recipients | Description | Privilege |
|---|---|---|---|---|
| Dave Dickey | July 6, 2006 | Laurie Tomasovsky, Dwight Specht | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | June 11, 2006 | Laurie Tomasovsky, Dwight Specht | E-mail correspondence transmitting Draft Settlement Agreement. | Work Product |
| Dave Dickey | June 1, 2006 | Laurie Tomasovsky | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Mario Hebert | April 27, 2006 | Laurie Tomasovsky, Dave Dickey, David Briggs | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Dave Dickey | April 27, 2006 | Mario Hebert, Laurie Tomasovsky, David Briggs | E-mail correspondence regarding status of project as part of investigation in anticipation of litigation. | Work Product |
| Becky Carspecken (Coyne) | January 22, 2007 | Becky Carspecken (Coyne) | E-mail correspondence forwarding documents. | Work Product |
|  |  |  | Service Order No. GMAUK-0001. | Work Product |
|  |  |  | Service Order No. GMAUK00-02. | Work Product |
|  |  |  | Product Order with Terms and Conditions between ePartners | Work Product |

| Author | Date | Recipients | Description | Privilege |
|--------|------|------------|-------------|-----------|
| | | | (UK) Limited and Capelli of New York. | |
| | | | Service Order No. UK001. | Work Product |
| | | | Change Order No. C-GMAUK-0001-1. | Work Product |
| Becky Carspecken (Coyne) | January 16, 2007 | Stacey Starrett | E-mail correspondence regarding UK documents needed in anticipation of litigation. | Work Product |
| Stacey Starrett | January 18, 2007 | Becky Carspecken (Coyne) | E-mail correspondence regarding compiling all documents related to Capelli in anticipation of litigation. | Work Product; Attorney Client Communication |
| Becky Carspecken (Coyne) | January 22, 2007 | Stacey Starrett | E-mail correspondence forwarding contracts from the UK in anticipation of litigation, including Service Order No. GMAUK-0001, Service Order GMAUK00-02, Product Order between ePartners and Capelli of New York, Service Order No. UK001, and Change Order No. C-GMAUK-0001-1. | Work Product |
| Mark | January 23, | Stacey Starrett | E-mail | Work Product |

| AUTHOR | DATE | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|--------|------|-----------|-------------|-----------|
| Vinicombe | 2007 | | correspondence regarding documents copied in anticipation of litigation. | |
| Stacey Starrett | February 2, 2007 | Darrell Cheek, Fred Shepard, Erik Sevenants, Jay Omdahl, Lisa Palmer | E-mail correspondence regarding collection of information as part of investigation in anticipation of litigation. | Work Product; Attorney Client Communication |

Dated: New York, New York
      March 31, 2008

                    Respectfully submitted,

                    HERMES SARGENT BATES, LLP

                    By: _____
                        Amy E. Davis, *pro hac vice*
                        Anthony H. Lowenberg, *pro hac vice*

                    901 Main Street, Suite 5200
                    Dallas, Texas 75202
                    (214) 749-6000
                    (214) 749-6100 fax

                    -and-

                    Thelen Reid Brown Raysman & Steiner LLP
                    Peter Brown
                    W. Shamiso Kristen-Faith Maswoswe
                    875 Third Avenue
                    New York, NY 10022
                    (212) 603-2000

                    Attorneys for Defendant ePartners, Incorporated