```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GMA ACCESSORIES, INC.,

                Plaintiff,

    -against-                              07 Civ. 8414 (LAK)

EPARTNERS INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion to compel [docket item 51] is granted to the extent that defendant, if it has not already done so, shall respond to the second set of discovery requests and interrogatories today, as it has agreed to do.

        SO ORDERED.

Dated:    June 11, 2008

                                                        _____
                                                              Lewis A. Kaplan
                                                      United States District Judge