| Attorney or Party without Attorney:<br>HERMES SARGENT BATES, LLP<br>901 Main Street, Suite 5200<br>Dallas, TX 75202<br>Telephone No: (214) 749-6593   FAX No: (214) 749-6393 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT DISTRICT

Plaintiff: GMA ACCESSORIES, INC.
Defendant: EPARTNERS, INC.

| **PROOF OF SERVICE**<br>**United States District** | Hearing Date:<br>Fri, May. 16, 2008 | Time:<br>3:00PM | Dept/Div: | Case Number:<br>07 CV 8414 (LAK) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the United States District Court Subpoena in a Civil Case; SCHEDULE A

3. a. Party served:                                TECTURA, CUSTODIAN OF RECORDS
   b. Person served:                               TIM JED, PERSON-IN-CHARGE/AUTHORIZED TO ACCEPT

4. Address where the party was served:    333 TWIN DOLPHIN DRIVE, SUITE 750
                                            Redwood City, CA 94065

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 08, 2008 (2) at: 3:49PM
   b. I received this subpena for service on:   Thursday, May 08, 2008

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BETHUEL BURROLA                           d. *The Fee for Service was:*    $80.00
   b. **SWIFT ATTORNEY SERVICE**                e. I am: (3) registered California process server
   P.O. BOX 5324                                    (i) Independent Contractor
   500 ALLERTON STREET, SUITE 105                   (ii) Registration No.:    368 SM
   Redwood City, CA 94063                           (iii) County:             San Mateo
   c. (650)364-9612, FAX (650)364-3305              (iv) Expiration Date:     Sun, Feb. 28, 2010

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, May. 09, 2008

Judicial Council Form                    PROOF OF SERVICE              (BETHUEL BURROLA)       zhermes.22610
Rule 2.150.(a)&(b) Rev January 1, 2007   United States District