STATE OF NEW YORK          SOUTHERN DIST. COUNTY          U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 07CV8414          AND FILED ON
ATTORNEY(S) Hermes Sargent Bates, Mary Barnard Legal Asst.

*GMA Accessories Inc*          Plaintiff(s)/Petitioner(s)

vs

*Epartners Inc*          Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY          , SS.:

Christopher Warner, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on May 9, 2008 at 12:55 pm M at Corporation Service Company, 80 State St., Albany, NY deponent (did, did-not) serve the within Subpoena In A Civil Case

on: Microsoft Business Solutions, Witness (herein called recipient) therein named.

#1 INDIVIDUAL [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. [X]
A __xxxxxxx__ corporation, by delivering thereat a true copy of each to __Tonya Chapple__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __Agent for Service__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

#6 NON-SERVICE [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

#7 DESCRIPTION [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex __Female__ Color of skin __Black__ Color of hair __Black__ Approx.Age __36 - 50 Yrs.__ Approx.Height __5' 4" - 5' 8"__ Approx. weight __161 - 200 Lbs__ Other _____

#8 WIT. FEES [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
13th day of May, 2008

Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Christopher Warner

Invoice•Work Order # 0808970

**ALEXANDER, POOLE & CO., INC.** • **11 NORTH PEARL STREET** • **ALBANY, NEW YORK, 12207**