© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

| COURT | UNITED STATES DISTRICT COURT |
|---|---|
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

GMA ACCESSORIES, INC.

*Plaintiff(s)*

against

EPARTNERS, INC.

*Defendant(s)*

Index No. 07 CV 8414 (LAK)

**AFFIDAVIT OF SERVICE OF SUBPOENA**
IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF NEW YORK   SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at WAYNE, NEW JERSEY
That on 5/9/08 at 9:30 A M., at 750 WASHINGTON BLVD., STAMFORD, CONNECTICUT 5TH FL
deponent served the within subpoena on   COLUMBUS IT   witness therein named,
IN A CIVIL CASE

**INDIVIDUAL**
1. ☐ by delivering a true copy to said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy to ANGELA MALIZIA personally, deponent knew said corporation so served to be the corporation witness and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy to                                      a person of suitable age and discretion. Said premises is witness'—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy to the door of said premises, which is witness'—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE** USE WITH 3 OR 4
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to witness at witness' last known residence, at                                      and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS** USE WITH 3 OR 4
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business, at    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**DESCRIPTION** USE WITH 1, 2, OR 3 ☒

| ☐ Male ☒ Female | ☒ White Skin ☐ Black Skin ☐ Yellow Skin ☐ Brown Skin ☐ Red Skin | ☐ Black Hair ☒ Brown Hair ☐ Blonde Hair ☐ Gray Hair ☐ Red Hair | ☐ White Hair ☐ Balding ☐ Mustache ☐ Beard ☐ Glasses | ☐ 14-20 Yrs. ☒ 21-35 Yrs. ☐ 36-50 Yrs. ☐ 51-65 Yrs. ☐ Over 65 Yrs. | ☐ Under 5' ☐ 5'0"-5'3" ☐ 5'4"-5'8" ☐ 5'9"-6'0" ☐ Over 6' | ☐ Under 100 Lbs. ☒ 100-130 Lbs. ☐ 131-160 Lbs. ☐ 161-200 Lbs. ☐ Over 200 Lbs. |

Other identifying features:

At the time of said service, deponent paid (tendered) in advance $            the authorized traveling expenses and one day's witness fee.

Sworn to before me on
5/12/08

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
PETER FELDMAN

License No. 797824