From: Mario Hebert
Sent: 4/14/2006 3:55:47 PM (Central Time)
To: Par Stromblad
CC: Mark Richmond; Laurie Tomasovsky
Subject: Capelli

Hi Par,

I have many concerns/issues regarding Capelli project and the Axapta resources, see bellow. Can you give me your availability next Monday to discuss that and find a way to meet our deadline for the Design Delivery?

    Resources:

o    Availability: we always have to fight to keep the resources on the project (Greg and Victor)

o    Skills:

    I do not have 1 resources on the team that have solid Axapta experience

    They all have to improve their consulting skills (Soft Skills)

    They find good technical solutions but they often forget that the solution have to make sense for the client, not just for them.

    Aryanti have to improve her Axapta and consulting skills. She will be phase out of the project. As discussed with you I will transfer CRM to Maria and Bobby and Project and sales to Bobby.

o    Time estimate

    It is difficult to have good ETC (estimate to complete) from the consultant

    The ETC vary a lot; depend on the weather

o    Lead Consultant: Jeff as being transfer to another area in ePartners. As discuss with you I will need you 2 days every other week to QC their work. All the systems flows and RDD are on the portal.

    Methodology:

o    Document and template: There is some document that the consultants do not know that exist (example: Axapta System Flow  Configuration and setup document).

o    Consistency in RDD writing:

    The consultant do not understand and use the template the same way

eP 05793

   The level of detail vary a lot

   As discussed with Mark and you, Kimberly is reviewing all the RDD. General conclusion: It is not detail enough for the developers

   Actually we have to add detail to most of the RDD that we did.

   8 month after

o    We are 2,000+ hours over budget

o    The consultant are actually really doing the design, before they just had idea of solution

o    Every week, as they are Designing the solution, they find new gaps it is scary

   Design (Flows + RDD) delivery deadline

o    Based on the previous ETC the due date is April 21. This is the date that have being communicated to Capelli, Laurie, Dave and Howard

o    Based on this week revised ECT + EDD Rework +  the fact that I am maybe loosing Victor for 1 day next week there is big risk that we will not meet that first deadline.



Thanks,


Mario

eP 05794