AO88 (Rev. 12/07) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

Southern District of New York

| GMA Accessories Inc. | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| EPartners Inc. | Case Number:[1] 07-cv-8414(LAK) |

TO: Microsoft Corporation
(Rule 30(b)(6) Notice Attached)

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  The Bostany Law Firm, 40 Wall Street - 61st Floor, New York, NY 10005 | DATE AND TIME  6/30/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *[signature]*, Attorney for Plaintiff | DATE  6/12/2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Daniel A. Levy, Esq., The Bostany Law Firm, 40 Wall Street - 61st Floor, New York, NY 10005

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.,                    EFC Case

     Plaintiff,                    Civil Action No.: 07 CV 8414 (LAK)
 - against -

E-PARTNERS, INC.,

     Defendant.
-------------------------------------------------------X

## NOTICE OF 30(B)(6) DEPOSITION

 PLEASE TAKE NOTICE that testimony will be taken by Deposition before a person authorized by the State of New York to administer oaths on the 30th day of June, 2008, at 10:00 A.M., at the office of Plaintiff's counsel, 40 Wall Street, 61st Floor, New York, New York 10005 upon oral examination of Microsoft Corporation ("Microsoft"), pursuant to Fed.R.Civ.P.30(b)(6) with respect to all matters arising out of or related to the relationship between E-Partners, Inc. ("E-Partners") and Microsoft (the, "Relationship"), and Microsoft's connection with E-Partners' agreement to provide services to GMA Accessories, Inc. ("GMA") d/b/a Capelli (the, "Referral"), including, but not limited to:

 (1) The general structure and workings of the Microsoft Partner Program;

 (2) The application of ePartners for participation in the Microsoft Partner Program;

 (3) The referral of business, services, products or requests for products or services to ePartners, Inc., including but not limited to Capelli;

 (4) Work that was actually performed by ePartners in connection with the Microsoft Partnership Program, including but not limited to work with AXAPTA software;

 (5) Evaluations, performance ratings, training programs, status changes, complaints, official or unofficial actions or threats of action, or any similar things or events pertaining to ePartners;

- 2 -

(6) All communications, memoranda, evaluations, report, notes, or other documents related to work performed by E-Partners for Capelli;

(7) the identities and duties of all Microsoft personnel involved in the Referral;

(8) the requirements for E-Partners to fulfill certain obligations pursuant to the Relationship;

(9) all problems encountered by Microsoft in connection with E-Partners' participation in the Relationship;

(10) the relationships between the personnel of Microsoft and the personnel of Capelli regarding the Referral;

(11) the definition of "Design Document" as it pertains to the Referral;

(12) modules and/or other third-party add-ons that Microsoft recommended or suggested to E-Partners or Capelli regarding the Referral; and,

(13) the selection, configuration, and implementation of hardware and software regarding the Referral;

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(6), by June 26, 2008, Microsoft shall designate one or more officers, directors, managing agents or other persons and set forth for each such person the matters on which the person will testify.

Dated: New York, New York
       June 12, 2008

THE BOSTANY LAW FIRM
Attorneys for Plaintiff

By: _____
Daniel A. Levy
40 Wall Street, 61st Floor
New York, New York 10005
(212) 530-4400