STATE OF NEW YORK: SOUTHERN DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 07-CV-8414    AND FILED ON
ATTORNEY(S) The Bostany Law Firm

*GMA Accessories, Inc*    Plaintiff(s)/Petitioner(s)

vs

*E-Partners, Inc*    Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

Christopher Warner , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on June 12, 2008 at 11:57 am M at Corporation Service Company, 80 State St., Albany, NY deponent (did, did not) serve the within Subpoena in A Civil Case    Subpoena in a Civil case ( Rue 30 (b)    (6) Notice Attached.

on: Microsoft Corporation , Witness (herein called recipient) therein named.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. [X]  A xxxxxxx corporation, by delivering thereat a true copy of each to Tonya Chapple personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Agent for Service thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY [ ]  On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SERVICE [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address    [ ] Evading    [ ] Moved left no forwarding    [ ] Address does not exist    [ ] Other

#7 DESCRIPTION [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex Female  Color of skin Black  Color of hair Black  Approx.Age 36 - 50 Yrs.  Approx.Height 5' 4" - 5' 8"  Approx. weight 161 - 200 Lbs  Other _____

#8 WIT. FEES [ ]  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
13th day of June, 2008

Notary Public
NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Christopher Warner

Invoice·Work Order # 0811197

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**