```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GMA ACCESSORIES, INC.,

           Plaintiff,

         -against-                                07 Civ. 8414 (LAK)

EPARTNERS INC.,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court has been advised that the parties have settled the case and have consented to the entry of an order of dismissal. Accordingly, the action is dismissed with prejudice and without costs.

       SO ORDERED.

Dated:      July 2, 2008

                                               /s/ Lewis A. Kaplan
                                               Lewis A. Kaplan
                                            United States District Judge