Baker Hostetler



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

June 27, 2008  **MEMO ENDORSED**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Peter Brown
direct dial: 212.589.4660
pbrown@bakerlaw.com

**VIA FACSIMILE**
**(212) 805-7932**

Hon. Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   GMA Accessories, Inc. v. ePartners, Inc.
      Civil Action No. 07 CV 8414

Dear Magistrate Judge Katz:

On Friday, June 27, 2008, a settlement check in the amount of $150,000 payable to GMA Accessories, Inc. was delivered to John Bostany, counsel for plaintiff GMA Accessories Inc., thereby completing all of the settlement terms in the above-referenced matter.

Please let me know if I should contact Judge Kaplan requesting a dismissal with prejudice of the action or, in the alternative, submitting a Stipulation of Dismissal.

We thank you for all of your efforts in helping the parties reach a settlement in this matter.

Respectfully,

Peter Brown

Cc:   Amy Davis, Esq.
      Anthony H. Lowenberg, Esq.
      John Bostany, Esq.

Case dismissed with prejudice and without costs ~~subject to~~ ~~right to reinstate by serving and filing a notice to that effect,~~ ~~on or before, _____ if the settlement is not~~ ~~consummated by then.~~

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.

7/2/08